STEVEN T. GUBNER - Bar No. 156593
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email: sgubner@ebg-law.com

Attorneys for Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>Hyman Family L.P., dba Susie's Deals,<br><br>Debtor. | Case No. 6:11-bk-20827-WJ<br><br>Chapter 11<br><br>**VERIFIED STATEMENT OF ECONOMIC INTERESTS OF MEMBERS OF THE COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** [Fed. R. Bankr. Proc. 2019]<br><br>[No hearing required] |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

　　　The following members of the Committee of Creditors Holding Unsecured Claims in this chapter 11 bankruptcy case (the "Committee"), which was appointed in this case by the United States Trustee on or about April 25, 2011, provide the following disclosures pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

　　　1.　Pacific Apparel, 42261 Zevo Drive, Temecula, CA 92590. Pacific Apparel currently is selling about $40,000 per month in goods to the Debtor, and expects new orders to increase to $60,000 per month.

-1-

2.    G&S Off Price, 2120 E. 52nd St., Vernon, CA 90058. G&S Off Price has sold goods totaling approximately $94,000 to the Debtor post-petition, half of which was COD and the remainder on consignment.

3.    Almost Nothing, Inc., 1620 S. Los Angeles St., Unit C, Los Angeles, CA 90015. Almost Nothing, Inc. has sold goods totaling approximately $15,000 to the Debtor post-petition, on a COD basis.

4.    One Step Up, LLC, 1412 Broadway, 3rd Floor, New York, NY 10018 has continued to do business with the Debtor on a COD basis; since the Petition was filed, One Step Up shipped goods totaling $10,740 on May 9, 2011.

Dated: June 9, 2011

EZRA BRUTZKUS GUBNER LLP

By: _____
Steven T. Gubner
Attorneys for Committee of
Creditors Holding Unsecured Claims

-2-

## VERIFICATION

I have read the foregoing Statement of Disclosure (the "Disclosures") and know its contents. I am a *representative* of Pacific Apparel, a member of the Official Committee of Unsecured Creditors in the within bankruptcy case, I am authorized to make this Verification on its behalf, and I make this Verification for that reason. The matters stated in the Disclosures as to Pacific Apparel are true of my own knowledge, information and belief, based on my review of the books and records of Pacific Apparel.

Executed this __26__ day of May, 2011 at Temecula, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

PACIFIC APPAREL

By: _____
Andy Calogero

-3-

## VERIFICATION

I have read the foregoing Statement of Disclosure (the "Disclosures") and know its contents. I am the Chief Operating Officer of G&S Off-Price, a member of the Official Committee of Unsecured Creditors in the within bankruptcy case, I am authorized to make this Verification on its behalf, and I make this Verification for that reason. The matters stated in the Disclosures as to G&S Off-Price are true of my own knowledge, information and belief, based on my review of the books and records of G&S Off-Price.

Executed this 18th day of May, 2011 at Vernon, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

G&S OFF-PRICE

By: _____
  Eli Petel

## VERIFICATION

I have read the foregoing Statement of Disclosure (the "Disclosures") and know its contents. I am a principal of Almost Nothing, Inc., a member of the Official Committee of Unsecured Creditors in the within bankruptcy case, I am authorized to make this Verification on its behalf, and I make this Verification for that reason. The matters stated in the Disclosures as to Almost Nothing, Inc. are true of my own knowledge, information and belief, based on my review of the books and records of Almost Nothing, Inc.

Executed this _____ day of May, 2011 at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ALMOST NOTHING, INC.

By: _____
Issac Kermani

-5-

**VERIFICATION**

I have read the foregoing Statement of Disclosure (the "Disclosures") and know its contents. I am the Credit Manager for One Step Up, LLC, a member of the Official Committee of Unsecured Creditors in the within bankruptcy case, I am authorized to make this Verification on its behalf, and I make this Verification for that reason. The matters stated in the Disclosures as to One Step Up, LLC are true of my own knowledge, information and belief, based on my review of the books and records of One Step Up, LLC.

Executed this _10th_ day of ~~May~~ June, 2011 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ONE STEP UP, LLC

By: _____
Tom Dibuduo

| In re: Hyman Family L.P., dba Susie's Deals | |
|---|---|
| Debtor(s). | CHAPTER 11<br>CASE NUMBER 6:11-bk-20827-WJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **Verified Statement of Economic Interests of Members of the Committee of Creditors Holding Unsecured Claims** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 13, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 13, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Hon. Wayne Johnson
United States Bankruptcy Court -RS
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 13, 2011 | JENNIFER WARNER | /s/ Jennifer Warner |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

7

| In re: Hyman Family L.P., dba Susie's Deals | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:11-bk-20827-WJ |

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Andrew K Alper (*RSN for Dayco Funding Corporation*)  aalper@frandzel.com, efiling@frandzel.com; ekidder@frandzel.com
- Dustin P Branch (*RSN for Foursquare Properties, Inc.*)  dustin.branch@kattenlaw.com
- Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Jerome Bennett Friedman (*RSN for Lakewood Associates, LLC*)  jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com; jmartinez@jbflawfirm.com
- Todd R Gabriel  (*RSN for TRC, LLC*)   tgabriel@sparberlaw.com
- David B Golubchik (*Debtor's counsel*)  dbg@lnbrb.com
- Everett L Green    everett.l.green@usdoj.gov
- Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
- William W Huckins    whuckins@allenmatkins.com, clynch@allenmatkins.com
- Ian Landsberg (*RSN for NMC Santa Ana, LLC and NMC Anaheim LLC*)  ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com; rbenitez@landsberg-law.com
- Krikor J Meshefejian    kjm@lnbrb.com
- Douglas M Neistat    twilliams@greenbass.com
- Neal Salisian    neal.salisian@salisianlee.com
- Lisa Seabron    lseabron@weingarten.com
- Claire Shin    cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL**

**Committee of Creditors**

| One Step Up | G & S Off-Price | Almost Nothing, Inc. |
| 1412 Broadway, 3rd Floor | 2120 E. 52nd Street | 1620 S. Los Angeles St, #C |
| New York, New York 10018 | Vernon, CA 90058 | Los Angeles, CA 90015 |
| | | |
| L.A. Grand Fashion | Topson Downs | NMC Anaheim, LLC |
| 4801 Staunton Ave. | 3840 Watseka Ave. | c/o Ian S. Landsberg, Esq. |
| Los Angeles, CA 90058 | Culver City, CA 90232 | 16030 Ventura Blvd., Ste 340 |
| | | Encino, CA 91436 |
| Pacific Apparel | | |
| 42261 Zevo Drive | | |
| Temecula, CA 92590 | | |

| In re: Hyman Family L.P., dba Susie's Deals | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 6:11-bk-20827-WJ |

**Requests for Special Notice**

Lazarus & Lazarus, P.C.
Attn: Harlan M. Lazarus, Esq.
240 Madison Avenue, 8th Fl
New York, NY 10016

BJS Cat-City, LLC
c/o Jeffrey S. Adelman
Adelman Law Advisors
15303 Ventura Blvd  Suite 1400
Sherman Oaks, CA  91403-6610

Weingarten Realty Investors
2600 Citadel Plaza Drive, Ste 125
Houston, TX 77008
Attention: Jenny J. Hyun, Esq.

Preferred Fragrance, Inc
Blady Weinreb Law Group LLP
Marnin Weinreb
6310 San Vicente Blvd., Ste 400
Los Angeles, CA  90048

John G. Cataldo, creditor
c/o Felman & El Dabe
13743 Ventura Blvd., Suite 350
Sharman Oaks, CA  91423

JGKallins Investments, LP
c/o Law Office of Timothy Krantz
2082 Michelson Drive, Suite 212
Irvine, CA  92612

Marnin Weinreb, Esq.
Blady Weinreb Law Group, LLP
6310 San Vicente Blvd., Ste 400
Los Angeles, CA 90048

397640