DAVID B. GOLUBCHIK (SBN 185520)
KRIKOR J. MESHEFEJIAN (SBN 255030)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com; kjm@lnbyb.com

Attorneys for Chapter 11 Debtor and Debtor in Possession

STEVEN T. GUBNER (SBN 156593)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000; Facsimile: (818) 827-9090
Email: sgubner@ebg-law.com
Attorneys for Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**(RIVERSIDE DIVISION)**

| | |
|---|---|
| In re:<br><br>HYMAN FAMILY, L.P. dba SUSIE'S DEALS,<br><br>    Debtor and Debtor in Possession. | Case No. 6:11-20827-WJ<br><br>Chapter 11<br><br>**NOTICE OF JOINT APPLICATION OF DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CROWE HORWATH & COMPANY LLP AS ACCOUNTANTS AND FINANCIAL ADVISOR**<br><br>[No Hearing Required Unless Requested] |

**PLEASE TAKE NOTICE** that Hyman Family, L.P., Chapter 11 Debtor and Debtor-in-Possession (the "Debtor"), and the Official Committee of Unsecured Creditors in the Debtor's case ("Committee") have filed their joint application (the "Application") for Court approval of

1

Crowe Horwath & Company LLP ("Crowe") as Accountants and Financial Advisors for the Debtor and Committee, with such employment to be effective as of June 1, 2011.

The Debtor and Committee seek to employ Crowe as their accountants and financial advisors to render, among others, the following types of professional services:

a. Analyze the cash collateral and assist in the preparation of budgets;

b. Assist with cash management;

c. Analyze forecasts and projections regarding feasibility of a plan of reorganization;

d. Assist with tax aspects of plan reorganization;

e. Assist Debtor with OUST compliance including monthly operating reports;

f. Assist Debtor with communications with the Creditors Committee;

g. Assist the Debtor with the preparation of tax returns;

h. Attend hearings;

i. Analyze Chapter 5 potential causes of action;

j. Assist in the preparation of a liquidation analysis;

k. Provide assistance to the Debtor's management and staff; and,

l. Such other services as may be required.

Crowe will bill its time for its services on an hourly basis in accordance with Crowe's standard hourly billing rates. Crowe will seek reimbursement of expenses in accordance with all applicable rules and regulations.

Crowe has not been paid any amounts by any parties in connection with this case.

The Application is based on this Notice, the Application and all pleadings filed in support of the Application, the entire record of this case, the statements, arguments and representations of counsel to be made at the hearing on the Application, if any, and any other evidence properly presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that any request for a copy of the Application must be made in writing to Levene, Neale, Bender, Yoo & Brill L.L.P., 10250 Constellation

Blvd., Suite 1700, Los Angeles, California 90067, Attention: Krikor J. Meshefejian, Telephone No. (310) 229-1234, Facsimile No. (310) 229-1244.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2014-1(b)(3), any party asserting an objection to the Application and/or wishing to request a hearing thereon, must, not later than fourteen (14) days from the date of service of this Notice, file a written objection or request for hearing with the Clerk of the Bankruptcy Court in the form required by Local Bankruptcy Rule 9013-1(f)(1), and serve such objection or request for hearing on the Office of the United States Trustee as well as counsel for the Debtor and counsel for the Committee whose names and addresses appear at the top, left-hand corner of the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that failure to file and serve an objection or request for hearing within this fourteen (14) day period may be deemed by the Court to be consent to the relief requested herein.

Dated:  June 29, 2010                    HYMAN FAMILY, L.P.

David B. Golubchik
Krikor J. Meshefejian
LEVENE, NEALE, BENDER, YOO
    & BRILL L.L.P.
Attorneys for Chapter 11 Debtor and Debtor in Possession

OFFICIAL COMMITTEE OF UNSECURED CREDITORS

/S/ Steven T. Gubner
Steven T. Gubner
EZRA BRUTZKUS GUBNER LLP
Attorneys for Official Committee of Unsecured Creditors

| | |
|---|---|
| In re HYMAN FAMILY, L.P. dba SUSIE'S DEALS,<br><br>                                                                  Debtor(s). | CHAPTER   11<br>CASE NO 6:11-bk-20827-WJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as ***NOTICE OF JOINT APPLICATION OF DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY CROWE HORWATH & COMPANY LLP AS ACCOUNTANTS AND FINANCIAL ADVISOR*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***June 30, 2011***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  * Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
  * Dustin P Branch    dustin.branch@kattenlaw.com
  * Brian L Davidoff    bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
  * Jerome Bennett Friedman    jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com;jmartinez@jbflawfirm.com
  * Todd R Gabriel    tgabriel@sparberlaw.com
  * David B Golubchik    dbg@lnbrb.com, angela@lnbyb.com
  * Everett L Green    everett.l.green@usdoj.gov
  * Steven T Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
  * Nancy Hotchkiss    nhotchkiss@trainorfairbrook.com
  * Brian D Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
  * William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
  * Ian Landsberg     ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
  * Krikor J Meshefejian     kjm@lnbrb.com
  * Douglas M Neistat    twilliams@greenbass.com
  * Neal Salisian    neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com
  * Lisa Seabron    lseabron@weingarten.com
  * Claire Shin    cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
  * Ramesh Singh    claims@recoverycorp.com
  * United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On *June 30, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**VIA U.S. MAIL or NEF**
Office of the U.S. Trustee
Requests for Special Notice
Committee
Secured Creditors
(see attached service list)

**VIA OVERNIGHT MAIL**
Honorable Wayne Johnson
U.S. BANKRUPTCY COURT
3420 Twelfth Street, Courtroom 302
Riverside, CA 92501-3819          ☒    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *June 30, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

None.
☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 30, 2011 | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

2

In re HYMAN FAMILY LP
Case No. 6:11-bk-20827-WJ
Requests for Special Notice

**SERVED VIA U.S. MAIL OR NEF (*)**

Office of The United States Trustee *
3685 Main Street, Suite 300
Riverside, CA 92501

Harlan M. Lazarus, Esq.
LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016
hmllaw.att.net

Robert Mulder
124 E Olympic Suite 308
Los Angeles, CA 90015
RKEvans@aol.com
213 746 8850

Counsel for NMC Santa Ana, LLC & NMC Anaheim, LLC
Ian S. Landsberg, Esq.
LANDSBERG & ASSOCIATES
16030 Ventura Boulevard, Suite 470
Encino, CA 91436

RSN – Counsel for BJS Cat-City LLC
Jeffrey S. Adelman, Esq.
ADELMAN LAW ADVISORS
15303 Ventura Blvd., Ste. 1400
Sherman Oaks, CA 91403-6610

Dana Senit Henry
4831 Las Virgenes Rd, #146
Calabasas, CA 91302

Cushman & Wakefield
Attn: Curtis Olson
170 S. Main St., Suite 1600
Salt Lake City, UT 84101

RSN - Counsel for TRC MM, LLC
Todd R. Gabriel, Esq.
SPARBER ANNEN MORRI & GABRIEL, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

Dayco Funding Corporation
c/o Frandzel Robins Bloom & Csato, LC
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048
Attn: Andrew K. Alper

Lakewood Associates, LLC
c/o J. Bennett Friedman, Esq.
FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

*Counsel For One Step Up, Ltd.*
Harlan M. Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

*Counsel To Moeir Moussighi Dba Roll Tex*
Ashkan Ashour, Esq.
Danialpour & Associates
1575 Westwood Blvd. Suite 200
Los Angeles, Ca 90024

RSN – Counsel for Preferred Fragrance, Inc.
Marnin Weinreb, Esq.
BLADY WEINREB LAW GROUP, LLP
6310 San Vicente Blvd. Ste. 400
Los Angeles, CA 90048

RSN – Landlord John G. Cataldo
Edward L. Felman, Esq.
FELMAN & EL DABE
13743 Ventura Bl. Ste. 350
Sherman Oaks, CA 91423

RSN – JGKallins Investments, LP
Timothy Krantz, Esq.
LAW OFFICE OF TIMOTHY KRANTZ
2082 Michelson Drive #212
Irvine, CA 92612

*Counsel to John G. Cataldo*
Felman & El Dabe
13743 Ventura Blvd., Ste 350
Sherman Oaks, CA 91423

RSN - Counsel for Foursquare Properties, Inc., and Watt Companies
Katten Muchin Rosenman LLP
Thomas J. Leanse / Brian D. Huben
Dustin P. Branch
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012

In re HYMAN FAMILY LP
Case No. 6:11-bk-20827-WJ
Committee

**SERVED VIA U.S. MAIL or NEF (*)**

| | | |
|---|---|---|
| *Counsel for Creditors Committee*<br>Steven T. Gubner *<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367 | One Step Up<br>1412 Broadway, 3rd Floor<br>New York, New York 10018 | G & S Off-Price<br>2120 E. 52nd Street<br>Vernon, CA 90058 |
| Almost Nothing, Inc.<br>1620 S. Los Angeles Street, Unit #C<br>Los Angeles, CA 90015 | L.A. Grand Fashion<br>4801 Staunton Ave.<br>Los Angeles, CA 90058 | Topson Downs<br>3840 Watseka Ave.<br>Culver City, CA 90232 |
| NMC Anaheim, LLC<br>c/o Ian S. Landsberg, Esq.<br>16030 Ventura Blvd., Suite 340<br>Encino, CA 91436 | Pacific Apparel<br>42261 Zevo Drive<br>Temecula, CA 9290 | |

In re HYMAN FAMILY LP
Case No. 6:11-bk-20827-WJ
Secured Creditors/RSN

**SERVED VIA U.S. MAIL OR NEF (*)**

Alan Kaitz
840 W. 9th Street, Ste. J
Upland CA 91786-0000

Blue Galaxy, Inc.
2369 E. 51st Street
Los Angeles CA 90058-0000

Don Vrono
1480 Silver Bit Circle
San Dimas CA 91773-0000

Dwight Johnson
19784 Nautical Court
Sun City CA 92587-0000

Pacesetter Fabrics, LLC
5500 Union Pacific Ave.
Beverly Hills CA 90212-0000

Office of The United States Trustee *
3685 Main Street
Suite 300
Riverside, CA 92501