WILLIAM W. HUCKINS (Bar No. 201098)
IVAN M. GOLD (Bar No. 121486)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone: (415) 837-1515
Fax:  (415) 837-1516

Attorneys for Landlord
WRI West Gate South, L.P.

FILED & ENTERED

SEP 19 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY avalos    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>HYMAN FAMILY, L.P., doing business as SUSIE'S DEALS,<br><br>               Debtor. | Case No. 6:11-bk-20827-WJ<br><br>Chapter 11<br><br>**ORDER PURSUANT TO STIPULATION FOR RETURN OF POSSESSION OF NONRESIDENTIAL PREMISES [WESTMINSTER CENTER] AND ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** |

Pursuant to the *Stipulation For Return Of Possession of Nonresidential Premises [Westminster Center] and Allowance and Payment of Administrative Expense Claim* ("Stipulation") by and between WRI West Gate South, L.P., debtor-in-possession Hyman Family, L.P., doing business as "Susie's Deals", and the Official Committee of Unsecured Creditors, and good cause appearing,

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

821792.01/SF

ORDER PURSUANT TO STIPULATION FOR RETURN OF POSSESSION OF
NONRESIDENTIAL PREMISES, ETC.

1    **IT IS HEREBY ORDERED** as follows:

2    1.    Paragraphs 3, 4 and 5 of the Stipulation are approved.

3    2.    The Court neither approves nor disapproves the other language in the Stipulation.

###

DATED: September 19, 2011

/s/ Wayne Johnson

United States Bankruptcy Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

821792.01/SF

-2-
ORDER PURSUANT TO STIPULATION FOR RETURN OF POSSESSION OF
NONRESIDENTIAL PREMISES, ETC.

| In re: Hyman Family, L.P. dba Susie's Deals | CHAPTER 11 |
|---|---|
| | Case No. 6:11-bk-20827-WJ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Allen Matkins Leck Gamble Mallory & Natsis LLP, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111.

A true and correct copy of the foregoing document described as **ORDER PURSUANT TO STIPULATION FOR RETURN OF POSSESSION OF NONRESIDENTIAL PREMISES [WESTMINSTER CENTER] AND ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by the LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

❑ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 12, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via FEDEX**
The Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 302
Riverside, CA 92501-3819

| **Via U.S. Mail** | **Via U.S. Mail** |
|---|---|
| Debtor | Attorney for Debtor |
| Hyman Family L.P. | David B. Golubchik |
| 620 S. Wanamaker Avenue | Levene Neale Bender Rankin & Brill LLP |
| Ontario, CA  91761 | 10250 Constellation Blvd., Ste. 1700 |
| | Los Angeles, CA  90067 |

❑ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 12, 2011 | Cynthia D. Lynch | */s/ Cynthia D. Lynch* |
|---|---|---|
| Date | Type Name | Signature |

| In re: Hyman Family, L.P. dba Susie's Deals | CHAPTER 11 |
|---|---|
| | Case No. 6:11-bk-20827-WJ |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify* **ORDER PURSUANT TO STIPULATION FOR RETURN OF POSSESSION OF NONRESIDENTIAL PREMISES [WESTMINSTER CENTER] AND ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**) was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. The following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Andrew K Alper     aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Dustin P Branch     dustin.branch@kattenlaw.com
- Michael J Bujold     Michael.J.Bujold@usdoj.gov
- Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
- Jerome Bennett Friedman     jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com;jmartinez@jbflawfirm.com
- Todd R Gabriel     tgabriel@sparberlaw.com
- David B Golubchik     dbg@lnbrb.com, angela@lnbyb.com
- Everett L Green     everett.l.green@usdoj.gov
- Steven T Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
- Nancy Hotchkiss     nhotchkiss@trainorfairbrook.com
- Brian D Huben     brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- William W Huckins     whuckins@allenmatkins.com, clynch@allenmatkins.com
- John C Keith     jkeith@pwkllp.com
- Ian Landsberg     ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
- Krikor J Meshefejian     kjm@lnbrb.com
- Douglas M Neistat     twilliams@greenbass.com
- Sean A Okeefe     sokeefe@okeefelc.com
- David M Poitras     dpoitras@jmbm.com
- Jennifer Pruski     jpruski@trainorfairbrook.com
- Neal Salisian     neal.salisian@salisianlee.com, richard.lee@salisianlee.com;christina.cordero@salisianlee.com
- Henley L Saltzburg     hls@srblaw.com, ar@srblaw.com;lb@srblaw.com
- Lisa Seabron     lseabron@weingarten.com
- Claire Shin     cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh     claims@recoverycorp.com
- I Bruce Speiser     bspeiser@pircher.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Maurice Wainer     mrwainer@aol.com

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Hyman Family L.P.
620 S. Wanamaker Avenue
Ontario, CA 91761

☐   Service information continued on attached page

| In re: Hyman Family, L.P. dba Susie's Deals | CHAPTER 11 |
|---|---|
| | Case No. 6:11-bk-20827-WJ |

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):