1 | Maurice Wainer (SB#121678)
SNIPPER, WAINER & MARKOFF
2 | 270 N. Canon Drive, Penthouse
Beverly Hills, California 90210
3 | Telephone: (310) 550-5770
Facsimile: (310) 550-6770
4 | Email: mrwainer@swmfirm.com

5

6 | Attorneys for Buyer, DRLY INC.

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | (RIVERSIDE DIVISION)

11 | In re                                    Case No. 6:11-bk-20827-WJ

12 | HYMAN FAMILY, L.P. dba SUSIE'S          Chapter 11
DEALS,
13 |                                          DECLARATION OF ERIC ROSENBERG
       Debtor.
14 |                                          Date:        October 18, 2011
                                             Time:        1:00 p.m.
15 |                                          Place:       Courtroom 302
                                                          3420 Twelfth Street
16 |                                                       Riverside, CA 92501

17

18

19 | I, ERIC ROSENBERG, declare and state as follows:

20 | 1.      I am an individual over the age of 18 and a citizen of the United States, and was the

21 | Chief Financial Officer of Debtor until on or about September 12, 2011.  I have personal

22 | knowledge of the facts set forth herein, which are known to me to be true and correct, and if called

23 | upon to testify I could and would testify competently to the facts set forth herein.

24 | 2.      The Debtor's assumption of those Leases listed on Exhibit "A" to the Motion and

25 | assignment to Buyer DRLY Inc. are in the best interest of the estate and its creditors.  Assignment

26 | of the Lease will relieve the Debtor and the estate from any liability for any breach of Lease

27 | occurring after such assignment.

28 | 3.      The Leases being assigned to DRLY Inc. as set forth in the Motion to Sell

1

1  [Document No. 132] were an integral part of the Debtor's business which were sold and

2  accordingly, such assumption and assignment of the Lease is reasonable and appropriate and is in

3  the exercise of the Debtor's business judgment in the best interests of the Debtor, its estate and

4  creditors and partners.

5      4.    The Debtor terminated all its employees. The Debtor is no longer operating. Based

6  on the foregoing and in furtherance of Debtor's obligations under the Asset Purchase Agreement

7  with DRLY Inc. and an exercise of their business judgment and in furtherance of the Asset

8  Purchase Agreement, it is in the best interest of the Debtor and its estate to reject the Contracts

9  listed on Exhibit "B" to the Motion. The Debtor will thereby be relieved from its obligations

10  under the Lease and Contract and the Debtor will avoid unnecessary charges that provide no

11  tangible benefit to the Debtor's estate.

12      5.    The Debtor offered sound business reasons for the Sale of the Assets pursuant to the

13  Asset Purchase Agreement and Motion to Sell [Document No. 132], and all objections were

14  overruled. Therefore, entry into the Asset Purchase Agreement and consummation of the

15  transactions delineated therein constitute the exercise by the Debtor of sound business judgment

16  and such acts were and are in the best interests of the Debtor, its estate and creditors, and all parties

17  in interest.

18      6.    The Debtor has not been profitable for several months, and in fact suffered

19  substantial operating losses, resulting in its ultimate bankruptcy filing and in the sale of

20  substantially all the assets. The Motion to Sell [Document 132] details the true financial situation

21  of the Debtor.

22      I declare under penalty of perjury under the laws of the United States of America and the

23  State of California that the foregoing is true and correct and that this Declaration was executed this

24  26th  day of September, 2011, at Los Angeles, California.

25

26              */s/ Eric Rosenberg*

27              ERIC ROSENBERG

28  .../HYMAN/Decl of ROSENBERG eric

In re HYMAN FAMILY, L.P. dba SUSIE'S DEALS,

CHAPTER 11

Debtor(s).

CASE NO 6:11-bk-20827-WJ

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Snipper, Wainer & Markoff, 270 N. Canon Dr., Penthouse, Beverly Hills, CA  90210.

A true and correct copy of the foregoing document described as **DECLARATION OF YOSEF DANGOR IN SUPPORT OF MOTION AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CONTRACTS**   will be served or was served **(a)** on the judge in chambers in the form and manner required by the LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF"]** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 27, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **September 27, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
The Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 302
Riverside, CA 92501-3819

☑    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

❑    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2011 | Philip J. Fernandez | |
|---|---|---|
| Date | Type Name | Signature |

I. <u>By Court VIA ECF</u>

- Andrew K Alper — aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Dustin P Branch — dustin.branch@kattenlaw.com
- Michael J Bujold — Michael.J.Bujold@usdoj.gov
- Brian L Davidoff — bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Jerome Bennett Friedman — jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com; jmartinez@jbflawfirm.com
- Todd R Gabriel — tgabriel@sparberlaw.com
- David B Golubchik — dbg@lnbrb.com, angela@lnbyb.com
- Everett L Green — everett.l.green@usdoj.gov
- Steven T Gubner — sgubner@ebg-law.com, ecf@ebg-law.com
- Nancy Hotchkiss — nhotchkiss@trainorfairbrook.com
- Brian D Huben — brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- William W Huckins — whuckins@allenmatkins.com, clynch@allenmatkins.com
- John C Keith — jkeith@pwkllp.com
- Ian Landsberg — ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
- Krikor J Meshefejian — kjm@lnbrb.com
- Douglas M Neistat — twilliams@greenbass.com
- Sean A Okeefe — sokeefe@okeefelc.com
- David M Poitras — dpoitras@jmbm.com
- Jennifer Pruski — jpruski@trainorfairbrook.com
- Neal Salisian — neal.salisian@salisianlee.com, richard.lee@salisianlee.com; christina.cordero@salisianlee.com
- Lisa Seabron — lseabron@weingarten.com
- Claire Shin — cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh — claims@recoverycorp.com
- I Bruce Speiser — bspeiser@pircher.com
- United States Trustee (RS) — ustpregion16.rs.ecf@usdoj.gov
- Maurice Wainer — mrwainer@aol.com

4

| In re | Chapter No.   11 |
|---|---|
| HYMAN FAMILY L.P.                            Debtor. | Case No.  6:11-bk-20827-WJ |

DEBTOR:                          HYMAN FAMILY L.P. dba SUSIE'S DEALS
                                 620 S. Wanamaker Avenue
                                 Ontario, CA 91761

## TWENTY LARGEST UNSECURED CREDITORS:

ONE STEP UP
1412 Broadway, 3rd Floor
New York, NY 10018

MARGIN MAKER INC.
c/o Orange Community Bank
1045 W. Katella Avenue #100
Orange, CA 92867

G & S OFF-PRICE
2120 E. 52nd Street
Vernon, CA 90058

ALMOST NOTHING INC.
1620 S. Los Angeles Street
Unit C
Los Angeles, CA 90015

PACIFIC APPAREL
42261 Zevo Drive
Temecula, CA 92590

ALLURA IMPORTS
112 W. 34th St. #1127
New York, NY 10120

L.A. GRAND FASHION
4801 Staunton Ave.
Los Angeles, CA 90058

TOPSON DOWNS
3840 Watseka Ave.
Culver City, CA 90232

AMERICAN DREAM
2320 E. Olympic Blvd.
Los Angeles, CA 90021

SKKY APPAREL
417 S. Holt Ave. Unit #212
Los Angeles, CA 90048

M&A IMPORTS
7050 New Horizons Blvd.
North Amityville, NY 11701

DICKIES MEDICAL
BOX 951256
Dallas, TX 75395

AMBIANCE APPAREL
738 E. 12th Street
Los Angeles, CA 90021

BJS CATHEDRAL CITY LLC
PO Box 511629
Los Angeles, CA 90051-8184

J.W. MITCHELL COMPANY, LLC
2 Corporate Park, Suite 108
Irvine, CA 92606-5103

ULTIMATE OFF PRICE
1615 E. 15th  Street
Los Angeles, CA 90021

TUFF COOKIES
c/o A.J. Facts
PO Box 429 Midtown Station
New York, NY 10018

PPC STOCKTON PLAZA LC
c/o SMI Commercial Mgmt, Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825

MERVYN'S PLAZA
M.A.P. International Mgmt Inc.
1136 W. Baseline Road
Mesa, AZ 85210

John Cataldo
835 Mission St.
S. Pasadena, CA 91030

## SPECIAL NOTICE LIST:

*Creditor NMC Anaheim, LLC*
Ian S. Landsberg
16030 Ventura Blvd., Suite 340
Encino, CA 91436

*Creditor ABA Investments, LLC*
Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825

*Creditor*
Harlan M. Lazarus
LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

*Creditor Lakewood Associates, LLC*
Jerome Friedman
FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

*Creditor TRC MM, LLC*
Todd R. Gabriel, Esq.
SPARBER ANNEN MORRI & GABRIEL, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

*Creditor Dayco Funding Corporation*
Andrew K. Alper
Frandzel Robins Bloom & Csato, LC
6500 Wilshire Blvd., 17'h Floor
Los Angeles, CA 90048

*Creditors Watt Companies; Foursquare Properties, Inc.*
Brian Huben
Dustin Branch
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

*Creditor Weingarten Realty Investors*
Lisa Seabron
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008

*Creditor Preferred Fragrance*
Marnin Weinreb
BLADY WEINREB LAW GROUP LLP
6310 San Vicente Blvd., Suite 400
Los Angeles, CA 90048

*Creditors Winery Square Station, L.P.; 1630 High Street, LLC*
Jennifer L. Pruski
980 Fulton Avenue
Sacramento, CA 95825

## ATTORNEY FOR DEBTOR:

David B. Golubchik | Krikor J. Meshefejian
LEVENE NEALE BENDER RANKIN & BRILL LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

## ATTORNEY FOR TRUSTEE:

Everett L. Green
OFFICE OF THE US TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

Michael J. Bujold
US DEPARTMENT OF JUSTICE

3685 Main Street, Suite 300
Riverside, CA 92501

ATTORNEY FOR CREDITORS
COMMITTEE:

Steven T. Gubner
EZRA BRUTZKUS & GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

## LANDLORD SERVICE LIST

## (EXHIBIT "A" TO MOTION):

CT Corporation System
Agent for Service of Process for
PACIFIC CASTLE RANCHO CORDOVA LLC
818 West 7th Street
Los Angeles, CA 90017

CENTRO PROPERTY OWNER II LLC
Puente Hills Town Center, Dept. 9190
Los Angeles, CA 90084

PACIFIC CASTLE RANCHO CORDOVA LLC
2601 Main Street, Suite 900
Irvine, CA 92614

Dennis Duskin & & Assoc., Inc.
Agent for Service of Process for
JAYDEN RE, INC.
1180 E. Patricia Street, Suite 200
Simi Valley, CA 93065

JAYDEN RE, INC.
12200 W. Olympic Blvd., Suite 145
Los Angeles, CA 90064

James Kato
Agent for Service of Process
KATO & ASSOCIATES LLC
18182 Bushard Street
Fountain Valley, CA 92708

PK II LARWIN SQUARE SC LP
c/o Kimco Realty Corporation
333 Hyde Park Road, Suite 100
New Hyde Park, NY 11042

CT Corporation System
Agent for Service of Process for
PK II LARWIN SQUARE SC LP
818 West 7th Street
Los Angeles, CA 90017

Sanford D. Sigal
Agent for Service of Process
NMC SANTA ANA LLC
18801 Ventura Blvd., Suite 300
Tarzana, CA 91356

Michael H. Mugel
Agent for Service of Process
1630 HIGH STREET, LLC
1234 E. 17th Street
Santa Ana, CA 92701

NMC SANTA ANA LLC
c/o Newmark Merrill
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367

Westwood Financial Corp. – Agent for Service of
Process for WATT NORTH HIGHLANDS L.P.
11440 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

Mavry Abrams, Agent for Service of Process
TONOPAH-CRAIG ROAD COMPANY
16661 Ventura Blvd., Suite 823
Encino, CA 91436

TONOPAH-CRAIG ROAD COMPANY
c/o Mavry Abrams LLC
26135 Mureau Road, Suite 200
Calabasas, CA 91302

Sharon Liu
Agent for Service of Process for
GRANDTOWER USA
2440 N. Cameron Avenue
Covina, CA 91724

Matthew J. Webb
Agent for Service of Process
ABA INVESTMENTS, LLC
409 13th Street, 17th Floor
Oakland, CA 94612

CSC – Lawyers Incorporating Services
Agent for Service of Process for
ALHAMBRA VALLEY PROPERTIES, LLC
10 Universal City Plaza
Universal City, CA 91608

Eric Sahn
Agent for Service of Process for
LAKEWOOD ASSOCIATES, LLC
60 S. Market Street
San Jose, CA 95113

LAKEWOOD ASSOCIATES, LLC
c/o DJM Capital Partners
7777 Edinger Avenue, Suite 133
Huntington Beach, CA 92647

Corporation Service Company dba CSC Lawyers
Incorporating Service – Agent for Service of Process
BJS CAT-CITY, LLC
10 Universal City Plaza
Universal City, CA 91608

Kim Alan Benjamin
Agent for Service of Process for
700 E. REDLANDS, LLC
2447 Pacific Coast Highway, Suite 201
Hermosa Beach, CA 90254

Marvin Holtz
Agent for Service of Process
KEARNEY PALMS LLC
14581 Deervale Place
Sherman Oaks, CA 91403

RANCHO CALIFORNIA LIMITED PARTNERSHIP
LNR PARTNERS CALIFORNIA MANAGER, LLC
1601 Washington Avenue, Suite 700
Miami Beach, FL 33139
Attn: Steven D. Ferreira

ABA INVESTMENTS, LLC
c/o Potter-Taylor & Co.
1792 Tribute Road, Suite 270
Sacramento, CA 95815

ALHAMBRA VALLEY PROPERTIES
c/o Chase Centers
11812 San Vicente Blvd., Suite 500
Los Angeles, CA 90049

Mike Israelsky
Agent for Service of Process
MAGNOLIA PLACE SHOPPING CENTER, LLC
c/o Summit Team
17165 New Hope Street, Suite H
Fountain Valley, CA 92708

BJS CAT-CITY, LLC
C/O Westrust
26901 Agoura Road, Suite 250
Calabasas Hills, CA 91301-5103

BJS CAT-CITY, LLC
8115 Preston Road, Suite 400
Dallas, TX 75225

700 E. REDLANDS, LLC
Redlands Associates, Ltd.
2925 Bristol Street
Costa Mesa, CA 92626-5991

KEARNEY PALMS LLC
204 W. Ridgepoint Drive
Fresno, CA 93711

Michael Brown
Agent for Service of Process for
PPC STOCKTON PLAZA LP
4153 Greenview Drive
El Dorado Hills, CA 95762

MARYLAND PARK PLACE LLC
c/o J.L. Management Company
629 Camino De Los Mares, Suite 206
Attn: Robert Grimmick

Francine Abrams
Agent for Service of Process
TROPICANA NELLIS SHOPPING CENTER
26135 Mureau Road, Suite 200
Calabasas, CA 91302

Michael D. Abrams
Agent for Service of Process
LAKE ELSINORE MARKETPLACE
265 Santa Helena, Suite 125
Solana Beach, CA 92075

LAKHA PROPERTIES – SAN DIEGO LLC
c/o Premier Centers Management
500 108th Avenue NE #2050
Bellevue, WA 98004
Attn: Robert Odegard, Manager

CENTRO PROPERTY OWNERS I LLC
c/o Centro Properties Group
420 Lexington Avenue, 7th Floor
New York, NY 10170

Corporation Service Company dba CSC Lawyers
Incorporating Service – Agent for Service of Process
CENTRO PROPERTY OWNERS I LLC
10 Universal City Plaza
Universal City, CA 91608

RESEDA PLAZA / MOOSE HOLDINGS INC.
c/o Reseda Plaza
15821 Ventura Blvd., Suite 275
Encino, CA 91436
Attn: Frank Wurtzel

Robert Isackson
Agent for Service of Process
MING PLAZA ASSOCIATES, L.P.
121 Spear Street, Suite 250
San Francisco, CA 94105

PPC STOCKTON PLAZA LP
c/o SMI Commercial Mgmt, Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825

PKI COUNTRY FAIR SC LP
c/o KIMCO Realty Corporation
23 Mauchly, Suite 100
Irvine, CA 90266

Bryan P. Buckley, Registered Agent
NELLIS CROSSING, LP
Buckeye Investments Mgmt. Co.
4560 S. Decatur Blvd., Suite 202
Las Vegas, NV 89103

LAKE ELSINORE MARKETPLACE
c/o Charming Shoppes, Inc. – Corporate Village
14362 N. Frank Lloyd Wright Blvd.
Suite 1000
Scottsdale, AZ 85260

Andrew L. Simons, Registered Agent
LAKHA PROPERTIES – SAN DIEGO LLC
777 108th NE, Suite 1900
Bellevue, WA 98009

H. Sean Dayani
Agent for Service of Process
LUXOR PROPERTIES, INC.
4751 Wilshire Blvd., Suite 203
Los Angeles, CA 90010

John F. Weitkamp
Agent for Service of Process
RESEDA PLAZA LLC
10724 White Oak Avenue
Granada Hills, CA 91344

4001 S. Decatur Blvd. Holdings, LLC
c/o CW Capital Asset Management LLC 7501
Wisconsin Avenue, Suite 500 West
Bethesda, MD 20814
Attn: Michael McGregor

MING PLAZA
c/o Meridian Pacific, Ltd.
1801 Tiburon Blvd., Suite 800
Tiburon, CA 94920
Attn: Patricia A. Utley

Jack Nourafshan
Agent for Service of Process
WINTERBERRY PROPERTIES LP
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048

LAKE MEAD DECATUR LLLP
c/o Maury Abrams Company
26135 Mureau Road, Suite 200
Calabasas, CA 91302

Joseph W. Rich
Agent for Service of Process
RICH ALVARADO, LLC
1000 N. Western Ave., Suite 200
San Pedro, CA 90732

TURNPIKE CENTER LLC
c/o Wells Properties
3905 State Street, #7263
Santa Barbara, CA 93105

MAGNA HENRY LLC
c/o Dana Senit Henry
4831 Las Virgenes Road, Suite 145
Calabasas, CA 91302

John Safi
Agent for Service of Process
CENTENNIAL CAPITAL, L.P.
1850 S. Sepulveda Blvd., Suite 200
Los Angeles, CA 90025

SUGARBUSH PROPERTIES – 1 LLC
c/o Reliable Properties
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048
Attn:  Ellie Ahn

John C. Willsie
Agent for Service of Process
SEENO ENTERPRISE, LLC
4021 Port Chicago Hwy.
Concord, CA 94520

VICTOR VALLEY PLAZA CO. LLC
28632 Roadside Drive, Suite 285
Agoura Hills, CA 91301
Attn:  Robert Shaver

LEONARD & LAVONNE STAFFORD REVOCABLE
TRUST
33 Bretano Way
Greenbrae, CA 94904
Attn:  Leonard Stafford

Francine Abrams
Agent for Service of Process for
LAKE MEAD DECATUR LLLP
26135 Mureau Road, Suite 200
Calabasas, CA 91302

AIRPORT CENTER LLC
7689 Jordan Landing Blvd.
West Jordan, UT 84084

AIRPORT CENTER LLC
c/o Foursquare Properties, Inc.
7533 S. Center View Court, #200
West Jordan, UT 84084

MAGNA KHOURY LLC
c/o Dana Senit Henry
4831 Las Virgenes Road, Suite 145
Calabasas, CA 91302

CENTENNIAL CAPITAL, L.P.
c/o Safeco Capital Corp.
1850 S. Sepulveda Blvd.
Los Angeles, CA 90025
Attn:  John Safi

Jack Nourafshan
Agent for Service of Process
SUGARBUSH PROPERTIES – 1 LLC
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048

SEENO ENTERPRISE, LLC
c/o Sierra Pacific Properties
1800 Willow Pass Court
Concord, CA 94520
Attn:  Bob Garrison

Bruce Smiley
Agent for Service of Process
VICTOR VALLEY PLAZA CO. LLC
3415 Sepulveda Blvd., Penthouse
Los Angeles, CA 90034

CT Corporation Systems
Agent for Service of Process for
TRC MM, LLC  (formerly known as GMS Five, LLC)
818 West 7th Street
Los Angeles, CA 90017

TRC MM, LLC (formerly known as GMS Five, LLC)
c/o Terramar Retail Centers, LLC
5973 Avenida Encinas, Suite 300
Carlsbad, CA 92008

WINERY SQUARE STATON LP
c/o Phillips Edison & Company
11501 Northlake Drive
Cincinnati, OH 45249

CT Corporation System
Agent for Service of Process for
WINERY SQUARE STATON LP
818 West 7th Street
Los Angeles, CA 90017

Lewis Operating Corp. – Agent for Service of Process
for LHE HERITAGE VILLAGE LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Meghan Kruger

JOHN CATALDO / NANCY RAVARO
6039 N. Figueroa Street
Los Angeles, CA 90042

CT Corporation Systems
Agent for Service of Process for
PK I GRANARY SQUARE LP
818 West 7th Street
Los Angeles, CA 90017

PK I GRANARY SQUARE LP
c/o Kimco Realty Corporation
3333 New Hyde Park Road, Suite 100
New Hyde Park, NY 11042-0020
Attn:  Kim Wheeler

CT Corporation System
Agent for Service of Process for
EASTLAND SHOPPING CENTER LLC
818 West 7th Street
Los Angeles, CA 90017

EASTLAND SHOPPING CENTER LLC
c/o Westfield, LLC
11601 Wilshire Blvd., 11th Floor
Los Angeles, CA 90025

APPLE VALLEY COMMONS I, LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Meghan Kruger

Lewis Operating Corp. – Agent for Service of Process
for APPLE VALLEY COMMONS I, LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Randall W. Lewis

## LANDLORD SERVICE LIST

## (EXHIBIT "B" TO MOTION):

Timothy S. Mitchell
Agent for Service of Process
J.W. MITCHELL COMPANY, LLC
2 Corporate Park, Suite 108
Irvine, CA 92606-5103

Capitol Corporate Services, Inc.
Agent for Service of Process
WRI WEST GATE SOUTH, LP
Attn: Erin Upchurch
455 Capitol Mall, Suite 217
Sacramento, CA 95814

WRI WEST GATE SOUTH, LP
2600 Citadel Plaza Drive, Suite 300
Houston, TX 77008

Daryl Rosenberg
Agent for Service of Process
17/21 GROUP LLC
4719 S. Boyle Ave.
Vernon, CA 90058

David Laniado
Agent for Service of Process
88 COLLECTIONS, INC.
4622 Longridge Avenue
Sherman Oaks, CA 91423

88 COLLECTIONS, INC.
13545 Sherman Way
Van Nuys, CA 91405

ACCESSORIES WEST IMPORTS
15500 Erwin Street, Suite 1109
Van Nuys, CA 91411

ACTIVE USA, INC.
1807 E. 48th Place
Los Angeles, CA 90058

Keith D. Diamon
Agent for Service of Process
ACTIVE USA, INC.
12087 Landon Drive
Mira Loma, CA 91752

Eshagh Kermani
Agent for Service of Process for
ALMOST NOTHING INC.
1620 S. Los Angeles Street
Unit C
Los Angeles, CA 90015

Christa D. Perez
Agent for Service of Process
B&Y FASHION INC.
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612

B&Y FASHION INC.
807 E. 12th Street #111
Los Angeles, CA 90021

BINGO
1729 Los Angeles St.
Unit #B
Los Angeles, CA 90015

BLUE GALAXY, INC. and
PACESETTER FABRICS, LLC
Brian L. Davidoff
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

CT Corporation System
Agent for Service of Process
BINGO
818 West 7th Street
Los Angeles, CA 90017

Mercy Rubin
Agent for Service of Process
BLUE GALAXY, INC.
4060 Camino de la Cumbre
Sherman Oaks, CA 91423

Jerry Rose, President
CA OFFPRICE INC.
6431 Bandini Blvd.
City of Commerce, CA 90040-3117

D.M.F. INC.
3520 Greensboro Avenue
Tuscaloosa, AL 35401

D.M.F. INC.
11007 E. Victoria Street
Chandler, AZ 85248

D.M.F. INC.
1635 SW 154th Ct
Miami, FL 33185

Moshe Zaga
Agent for Service of Process
DAVID'S PLACE
1155 S. Boyle Ave.
Los Angeles, CA 90023

DSS
P.O. Box 93035
City Of Industry, CA 91715

Danny Zelig
Agent for Service of Process
DSS
923 Market Street
San Francisco, CA 94103

Naftalie Amiel
Agent for Service of Process
EYE DESIGN INC.
6542 W. Olympic Blvd.
Los Angeles, CA 90048

Zulfiqar Kabani
Agent for Service of Process
GREAT AMERICAN PROGRESSIVE CORP.
800 S. Figueroa St., Suite 900
Los Angeles, CA 90017

HOT CHOCOLATE INC.
P.O. Box 111702
Los Angeles, CA 90011

STEPHEN MICHAEL HYMAN
8175 Arville Street #99
Las Vegas, NV 89139

SUSAN HYMAN
2724 Clear Creek Lane
Diamond Bar, CA 91765

IMPULSE
1120 E. Pico Blvd.
Los Angeles, CA 90021

James Chen
Agent for Service of Process
IVY WEAR INC.
807 E. 12th Street #136
Los Angeles, CA 90021

Annabelle Wall
Agent for Service of Process
KAYO OF CALIFORNIA
161 W. 39th Street
Los Angeles, CA 90037

McQUEEN'S WHOLESALE, INC.
655 S. Anderson Street
Los Angeles, CA 90023

A.J. Payne
Agent for Service of Process
PACIFIC APPAREL
1433 Griffith Avenue
Los Angeles, CA 90021

Behzad Moshe Javidzad
Agent for Service of Process
EMUNA, LLC
2369 E. 51st St.
Vernon, CA 90058

FASHION FREAK
229 S. Palm Drive
Beverly Hills, CA 90212

Nader Dalili
Agent for Service of Process
HOT CHOCOLATE INC.
1137 E. 32nd Street
Los Angeles, CA 90011

DAVID J. HYMAN
2724 Clear Creek Lane
Diamond Bar, CA 91765

STEPHEN MICHAEL HYMAN
22442 Boating Way
Canyon Lake, CA 92587

SUSAN HYMAN
22442 Boating Way
Canyon Lake, CA 92587

Nadia Lalezar
Agent for Service of Process
INDIGO SPORTSWEAR INC.
800 East 29th Street
Los Angeles, CA 90011
J.T. INTIMATES, INC.
3028 East 11th Street
Los Angeles, CA 90023

Legalzoon.com, Inc.
Agent for Service of Process
McQUEEN'S WHOLESALE, INC.
100 W. Broadway, Suite 100
Glendale, CA 91210

PACESETTER
5500 Union Pacific Ave.
Commerce, CA 90022

Bijan Javidzad
Agent for Service of Process
PUZZLES
1651 Mateo Street
Los Angeles, CA 90021

PACIFIC APPAREL
4628 Mission Blvd.
San Diego, CA 92109

Sang Lee
Agent for Service of Process for
PACIFIC APPAREL
15000 S. Figueroa Street
Gardena, CA 90248

Armen Karapetyan
Agent for Service of Process
ROMAN FASHION INC.
1054 Western Ave. #102
Glendale, CA 91201

Stephen M. Hyman
Agent for Service of Process
SDS HOLDINGS, INC.
620 S. Wanamaker Avenue
Ontario, CA 91761

S.O.B.
1504 S. Main Street
Los Angeles, CA 90015

SDS HOLDINGS, INC.
22442 Boating Way
Canyon Lake, CA 92587

SUTTON INDUSTRIES
1000 New Country Road
Secaucus, NJ 07094

Wendell J. Vice
Agent for Service of Process
SUTTON INDUSTRIES
1300 Specialty Drive
Vista, CA 92083

T H SUNGLASS CORP.
1775 Curtiss Court
La Verne, CA 91750

George T. Wang
Agent for Service of Process
T H SUNGLASS CORP.
20907 Gartel Drive
Walnut, CA 91789

UNIVERSAL FASHION OUTLET
1500 S. Main St. Unit B
Los Angeles, CA 90015

Gideon Lotosky
Agent for Service of Process
WEST COAST JOBBERS INC.
1508 S. Main Street
Los Angeles, CA 90015

## ADDITIONAL SERVICE LIST:

4001 S. Decatur Blvd. Holdings, LLC
Gatski Commercial
4755 Dean Martin Drive
Las Vegas, NV 89103
Attn: Jeremy S. Foley

700 E. Redlands, LLC
MORLIN ASSET MANAGEMENT, LP
444 S. Flower Street, Suite 500
Los Angeles, CA 90071
Attn: Lewis Uyeke

Dat Hong Truong
Agent for Service of Process for
Centro Properties Corp.
1370 E. Santa Clara Street, Suite A
San Jose, CA 95116

BJS CAT-City LLC
The Legaspi Company
Marketing/Realty Services
1611 Paramount Blvd.
Montebello, CA 90640
Attn: Jose de Jesus Legaspi

CALIFORNIA PROPERTY OWNER I, LLC
Centro Properties Group
3636 Novel Drive, Suite 300
San Diego, CA 92122
Attn: Brian Baker

CENTRO PROPERTIES GROUP
3636 Nobel Drive
Suite 300
San Diego, CA 92122
Attn: Tracy Jordan

FM Enterprises
Real Estate Investment Firm
15445 Ventura Blvd., Suite 31
Sherman Oaks, CA 91403
Attn: Frank Mushmel

LAKEWOOD ASSOCIATES, LLC
c/o DJM Capital Partners
333 W. Santa Clara Street, Suite 610
San Jose, CA 95113
Attn: Eric Sahn

PC-STOCKTON PLAZA
c/o SMI Commercial Mgmt. Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825
Attn: Michael Brown

SUSIE'S FAMILY FASHIONS
620 S. Wanamaker
Ontario, CA 91761
Attn: Roxanne Galarza

Mike Israelsky
Agent for Service of Process
SUMMIT TEAM / CHEN CALIFORNIA
17165 New Hope Street, Suite H
Fountain Valley, CA 92708

TROPICANA NELLIS SHOPPING CENTER
c/o Maury Abrams Co.
26135 Mureau Road, Suite 200
Calabasas, CA 91302
Attn: Judd Abrams

Rick V. Wells
Agent for Service of Process
WELLS PROPERTIES
4157 Lago Drive
Santa Barbara, CA 93110

CITIBANK, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

PACIFIC CASTLE RANCHO CORDOVA, LLC
Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825

NEWMARK MERRILL COMPANIES
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367
Attn: Darren Bovard

MARYLAND PARK PLACE LLC
c/o J.L. Management Company
629 Camino De Los Mares, Suite 206
Attn: Robert Grimmick

NMC SANTA ANA LLC
c/o Newmark Merrill
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367
Attn: Darren Bovard

RANCHO SIERRA CENTER
c/o Maury Abrams Company
26135 Mureau Road, Suite 200
Calabasas, CA 91302
Attn: Judd Abrams

TERRAMAR RETAIL CENTERS
TRC MM LLC
13502 Whittier Blvd., Suite Q
Whittier, CA 90605
Attn: Heather Metoyer

BLUE GALAXY
2369 E. 51st Street
Vernon, CA 90058

WELLS PROPERTIES
3905 State Street, Suite 7263
Santa Barbara, CA 93105
Attn: Rick Wells

Douglas M. Neistat
GREENBERG & BASS LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

SALISIAN LEE LLP
444 South Flower Street
Suite 1840
Los Angeles, CA 90071-2925

WRI GOLDEN STATE, LLC
c/o Jenny J. Hyun
Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008-1351

WEINGARTEN REALTY INVESTORS
c/o Jenny J. Hyun
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008-1351

Edward L. Felman, Esq.
FELMAN & EL DABE
13743 Ventura Bl. Ste. 350
Sherman Oaks, CA 91423

Dana Senit Henry
4831 Las Virgenes Rd, #146
Calabasas, CA 91302

Timothy Krantz, Esq.
LAW OFFICE OF TIMOTHY KRANTZ
2082 Michelson Drive #212
Irvine, CA 92612

Alan Kaitz
840 W. 9th Street, Ste. J
Upland CA 91786-0000

Don Vrono
1480 Silver Bit Circle
San Dimas CA 91773-0000

GLENDALE MERCADO
C/O Arizona Commercial Management, LLC
2122 E. Highland, Suite 450
Phoenix, AZ. 85016

DESERT SKY ESPLANADE, LLC
c/o Red Mountain West Properties, Inc.
4869 N. 20th St, Suite B-30
Phoenix, AZ. 85016

PORTERVILLE INVESTMENTS 2005, LLC
c/o Westrust
26901 Agoura Road, Suite 250
Calabasas Hills, CA 91301-5103

JOHN F. LONG PROPERTIES, INC.
5035 W Camelback Road
Phoenix, AZ 85063-4029

WATT COMPANIES
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

WESTFIELD, LLC
WATT COMPANIES
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Jeffrey S. Adelman, Esq.
ADELMAN LAW ADVISORS
15303 Ventura Blvd., Ste. 1400
Sherman Oaks, CA 91403-6610

Robert Mulder
124 E Olympic Suite 308
Los Angeles, CA 90015

Ashkan Ashour, Esq.
Danialpour & Associates
1575 Westwood Blvd. Suite 200
Los Angeles, Ca 90024

Cushman & Wakefield
Attn: Curtis Olson
170 S. Main St., Suite 1600
Salt Lake City, UT 84101

Dwight Johnson
19784 Nautical Court
Sun City CA 92587-0000

C&C PLAZA LLC
c/o Red Mountain
2727 N. Bristol Sl.
Santa Ana, CA 92707

SANTA MARIA 101 SIX, LLC
c/o Westar Management, Inc.
2925 Bristol Street
Costa Mesa, CA 92626-5991

26 PALMS DELAWARE LLC & SIERRA
c/o CBRE Tucson Management Svc
4750 N. Oracle Road, Suite 210
Tucson, AZ 85705

MCS EDGEWOOD CENTER LLC
990 Highland Drive, Ste 200
Solana Beach, CA 92075

ORANGEFAIR MARKETPLACE, LLC
433 N. Camden Drive, Suite 725
Beverly Hills, CA 90210

Timothy Allen Owens
Agent for Service of Process
OWENS APPAREL GROUP, INC.
3171 Seabury Street
Carlsbad, CA 92010

HINDS INVESTMENTS
9720 Wilshire Blvd., Suite 204
Beverly Hills, CA 90212

HARBOR GROVE PARTNERS, LLC
17461 Derian Avenue, Suite 108
Irvine, CA 92614

INTERNAL REVENUE SERVICE
Insolvency Unit
P.O. Box 1431
Los Angeles, CA 90053

Moses H. Hoenig | D. Bernard Hoenig
Agents for Service of Process for
ALLURA IMPORTS
51 Chambers Street
New York, NY 10007

CT CORPORATION SYSTEM
Agent for Service of Process for
BJS CATHEDRAL CITY LLC
818 West 7th Street, Suite 200
Los Angeles, CA 90017

BJS CATHEDRAL CITY LLC
1801 Century Park East, 9th Floor
Los Angeles, CA 90067

David Hamedani Cohen
Agent for Service of Process for
SKKY APPAREL
600 E. Washington Blvd., #E6
Los Angeles, CA 90015

Robert L. Handler
Agent for Service of Process for
TOPSON DOWNS
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Barry Hymes
Agent for Service of Process for
MARGIN MAKER INC.
717 W. Katella Ave., Suite 109
Orange, CA 92867

Morovati, Inc.
Agent for Service of Process for
G & S OFF-PRICE
9171 Wilshire Blvd., Suite 600
Beverly Hills, CA 90210

Hersel Nassib
Agent for Service of Process for
L.A. GRAND FASHION
140 S. Crescent Drive, Suite A
Beverly Hills, CA 90212

Daniel E. O'Connell
Agent for Service of Process for
ONE STEP UP
3610 W. Magnolia Blvd.
Burbank, CA 91505