1  Maurice Wainer (SB#121678)
   SNIPPER, WAINER & MARKOFF
2  270 N. Canon Drive, Penthouse
   Beverly Hills, California 90210
3  Telephone: (310) 550-5770
   Facsimile:  (310) 550-6770
4  Email: mrwainer@swmfirm.com

5  Attorneys for Buyer DRLY INC.

> **IF YOU HAVE RECEIVED THIS MOTION AND ARE A CONTRACT-COUNTERPARTY TO AN AGREEMENT WITH THE DEBTOR, PLEASE REVIEW <u>EXHIBITS "A" AND "B"</u>, ATTACHED HERETO, TO DETERMINE IF THIS MOTION AFFECTS YOUR AGREEMENT AND YOUR RIGHTS THEREUNDER.**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (RIVERSIDE DIVISION)

| | |
|---|---|
| In re | Case No. 6:11-bk-20827-WJ |
| HYMAN FAMILY, L.P. dba SUSIE'S DEALS, | Chapter 11 |
| Debtor. | NOTICE OF MOTION AND FIRST OMNIBUS MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AND BUYER DRLY INC. FOR AN ORDER (A) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES PURSUANT TO §365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 AND (B) AUTHORIZING REJECTION OF ALL OTHER CONTRACTS NOT ASSUMED |
| | [REQUEST FOR JUDICIAL NOTICE filed concurrently herewith] |
| | **Hearing Date:**  **October 18, 2011**<br>**Time:**  **1:00 p.m.**<br>**Place:**  **Courtroom 302**<br>**3420 Twelfth Street**<br>**Riverside, CA 92501** |

1

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, SECURED CREDITORS, THE LANDLORDS, PARTIES REQUESTING SPECIAL NOTICE, AND ALL OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on **October 18, 2011** at **1:00 p.m.**, in Courtroom 302 of the United States Bankruptcy Court for the Central District of California, Riverside Division, located at 3420 Twelfth Street, Riverside, California, before the Honorable Wayne Johnson, United States Bankruptcy Judge, a hearing will be held to consider the First Omnibus Motion of Debtor and Debtor-In-Possession and Buyer DRLY Inc. for an Order (A) Authorizing the Assumption and Assignment of Executory Contracts and Leases Pursuant to §365 of the Bankruptcy Code and Bankruptcy Rules 6004 and 6006 and (B) Authorizing Rejection of All Other Contracts Not Assumed (the "Motion").

This Motion is brought for entry of an order, pursuant to section 365 of the Bankruptcy Code, authorizing the Debtor and Debtor-in-Possession to assume and assign certain Leases to Buyer DRLY Inc.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

**DEADLINE FOR OPPOSITION PAPERS:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

The Motion is based upon this Notice of Motion and the Motion, 11 U.S.C. § 365, the accompanying Declaration of Yosef Dangor and the Declaration of Eric Rosenberg annexed thereto, the entire record in this case, the statements, arguments and representations of counsel to

1    be made at the hearing (if any) on the Motion, and any other evidence properly presented to the

2    Court at or prior to the hearing on the Motion.

3        The undersigned, Maurice Wainer, hereby verifies that the above hearing date and time

4    were available for this type of Motion after consultation with the Judge's calendar clerk.

5

6    DATE:      September 27, 2011          SNIPPER, WAINER & MARKOFF

7

8                                           BY: _____

9                                              MAURICE WAINER
                                   Attorneys for Buyer DRLY INC.

10

11   DATE:      September 27, 2011          LEVENE, NEALE, BENDER, YOO
                                   & BRILL L.L.P.

12

13                                        BY:    */s/ David B. Golubchik*
                                        DAVID B. GOLUBCHIK

14                                        Attorneys for Debtor and Debtor-In-Possession
                                   HYMAN FAMILY, L.P.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MEMORANDUM OF POINTS AND AUTHORITIES

**FIRST OMNIBUS MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION
AND BUYER DRLY INC. FOR AN ORDER (A) AUTHORIZING THE
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND
LEASES PURSUANT TO §365 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 6004 AND 6006 AND (B) AUTHORIZING
REJECTION OF ALL OTHER CONTRACTS NOT ASSUMED**

The above-captioned debtor and debtor-in-possession Hyman Family, L.P. dba Susie's Deals ("Debtor") and Buyer DRLY Inc. (collectively "Movants") in furtherance to the Motion to Sell [Document 132] and Order thereon [Document 180] hereby move the Court for entry of an order (the "Order"), pursuant to § 365 of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Debtor to assume and assign the executory contracts and unexpired leases described in Exhibit "A" to this Motion and to reject all other contracts of the Debtor not expressly assumed and those contracts described on Exhibit "B" to this Motion (the "Motion").  In support of the Motion, Movants respectfully state as follows:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Motion under to 28 U.S.C. § 157 and § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### BACKGROUND

2.      On April 1, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3.      On August 16, 2011 the Debtor filed a Motion to (A) Sell Substantially All Assets Outside the Ordinary Course of Business, (B) Assume and Assign Certain Executory Contracts, and (C) Reject any Remaining Unexpired Leases and Executory Contracts [Document No. 132].

4.      Since August 16, 2011, the date the Motion to Sell was filed, the parties to the Leases with the Debtor, including those described on Exhibit "A" hereto, have been on notice that their contracts with the Debtor may be impacted.  Movants are not aware of any Landlords on Exhibit "A" hereto who object to the assumption and assignment to Buyer of the Leases described on Exhibit "A" hereto.

5.      The Buyer has now signed the Asset Purchase Agreement with the Debtor substantially similar in form to the Asset Purchase Agreement proposed by the Debtor as a part of the Motion to Sell Substantially All Assets [Document 132].  Pursuant to the Asset Purchase Agreement, the Debtor conveyed to the Buyer all of Seller's rights in and to the Lease Contracts identified on Exhibit "A" to this Motion.

6.      On September 9, 2011, the Court granted the Debtor's Motion to Sell the Assets more particularly described in the Court Order ("Order to Approve Sale") attached hereto marked Exhibit "C".  The Court Order provides as follows:

> "(3) The Debtor has demonstrated that the sale of the Assets is based on sound business justification and such sale is in the best interests of the Debtor's estate ... (13) and the Debtor is hereby authorized, empowered and directed to ... perform its obligations ... and take such other actions as are necessary or desirable to effectuate the terms ... with the successful bidder ... The Debtor and the Buyer are hereby authorized pursuant to section 363(b) of the Bankruptcy Code, to take such actions as may be necessary and appropriate to implement and effectuate an APA without the necessity of a further order ... (19) Pursuant to section 363(f) of the Bankruptcy Code and Bankruptcy Rule 6004, upon Closing, the conveyance and assignment ... will be a (sic) legal, valid and effective transfer ... (24) the Debtor is authorized and instructed to take all steps necessary to consummate the transactions ... and to implement the terms of the Order ... Nothing set forth herein shall be an adjudication or determination as to issues surrounding the assumption, assignment or rejection of unexpired leases and executory contracts, including any cure payments associated therewith, which shall be addressed by a separately filed motion or stipulation, and to the extent necessary, additional evidence." [Order, ¶28, lines 6-9; filed on September 9, 2011, Document 180.]

7.      The Debtor has now terminated its employees and ceased operations.

**ASSUMPTION AND ASSIGNMENT**

**LANDLORDS AND/OR PARTIES WITH CONTRACTS WITH THE DEBTOR RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND RESPECTIVE LEASES ON EXHIBIT "A" OR "B" TO THIS MOTION**

8.      By this Motion, Movants seek entry of an order, pursuant to section 365 of the Bankruptcy Code, authorizing the Debtor to assume and assign the Leases described in Exhibit "A" to this Motion.  As set forth in the Motion to Sell and in the Order to Approve Sale, Debtor is required under the Asset Purchase Agreement to cooperate in the process of assumption and assignment.  Paragraph 13 of the Order to Approve Sale provides as follows:

An APA and the transactions contemplated thereby are hereby approved, and the Debtor is hereby authorized and empowered and directed to enter into, and to perform its obligations under an APA and to execute and perform such agreement or documents, and take such other actions as are necessary or desirable to effectuate the terms of the proposed APA with the successful bidder. Upon the Closing and without further order of the Court, title to all of the Assets shall pass to Buyer and Seller shall make available to Buyer possession of all of the Assets. [Order, ¶13; filed on September 9, 2011, Document 180.]

9.     Section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease." 11 U.S.C. § 365(a).  Courts routinely approve motions to assume executory contracts or unexpired leases upon a showing that the debtor's decision to take such action will benefit the debtor's estate and is an exercise of sound business judgment. See *Sharon Steel Corp.*, v. *Nat'l. Fuel Gas Distrib. Corp.*, 872 F.2d 36 (3d Cir. 1989); *In re HM Bowness, Inc.*, 89 B.R. 238 (Bkrtcy. M.D. Fla., 1988) ("Ordinarily, the decision to assume or reject an executory contract is left entirely to the debtor.  Upon proper motion, the court should give perfunctory approval of the decision subject only to review under the business judgment rule."); and *Group of Institutional Investors* v. *Chicago, Milwaukee, St.Paul & Pacific R.R.*, 318 U.S. 523 (1943). ("[T]he question whether a lease should be rejected and if not on what terms it should be assumed is one of business judgment.").  For all the reasons set forth in the Declaration of Yosef Dangor and the Declaration of Eric Rosenberg filed concurrently herewith this Motion should be granted.

10.     Courts generally do not second guess a business judgment concerning the assumption of an executory contract or unexpired lease. See *In re Trans World Airlines, Inc.*, 261 B.R. 103 (Bankr. D. Del. 2001); *Lubrizol Enters., Inc.* v. *Richmond Metal Finishers, Inc.*, 756 F.2d 1043 (4ᵗʰ Cir. 1985); and *In re Health Science Products, Inc.*, 191 B.R. 895 (Bankr. N.D. Ala. 1995) ("The issue *thereby presented for determination by the bankruptcy cou*rt is whether the decision of *the debtor is so mani*festly unreasonable that it could not be based on sound business judgment, but only on bad faith, whim, or caprice.").  Here, the Debtor maintains it is reasonable to assume and assign the Leases listed on Exhibit "A" to this Motion.

11.     As mentioned above, *Debtor transferred all of its rights in the Leases to Buyer*.  The Buyer now requests an Order of Assumption and Assignment as to Real Property Leases of the

1   Debtor, except as to the Ontario and Westminister locations, which Leases Buyer wishes to reject.

2       12.    For all the reasons which resulted in the Court approving the Debtor's request to sell

3   substantially all its assets at an auction sale, it is in the best interest of the Debtor and its estates to

4   assume Lease Contracts identified in Exhibit "A" to this Motion. Moreover, pursuant to 11 U.S.C.

5   § 365(k), the assignment to Buyer DRLY Inc. will relieve the estate from any liability for any

6   breach of lease occurring after the assignment. Assumption and assignment of the Leases on

7   Exhibit "A" to this Motion will also allow the Seller to fulfill its duties under the Asset Purchase

8   Agreement.

9       13.    The Debtor offered sound business reasons for the Sale of the Assets pursuant to the

10  Asset Purchase Agreement and Motion to Sell [Document No. 132], and all objections were

11  overruled. Therefore, entry into the Asset Purchase Agreement and consummation of the

12  transactions delineated therein and contemplated thereby constitute the exercise by the Debtor of

13  sound business judgment and such acts are in the best interests of the Debtor, its estate and

14  creditors, and all parties in interest.

15      14.    Based on the unopposed representations of the Debtor in the Motion, the Asset

16  Purchase Agreement was not entered into for the purpose of hindering, delaying or defrauding

17  creditors under the Bankruptcy Code and under the laws of the United States, any state, territory,

18  or possession.

19      15.    No party has objected to DRLY Inc. assuming the Leases listed on Exhibit "A" to

20  this Motion and it is an exercise of its sound business judgment to assume and assign these

21  Contracts in connection with the consummation of the sale which is in the best interests of the

22  Debtor, its estate, and its creditors.

23  **PAYMENT OF CURE AMOUNTS**

24      16.    Following entry of an order by the Court approving the assumption of the Leases set

25  forth on Exhibit "A" to this Motion. Buyer will pay the Cure Amounts described on Exhibit "D"

26  to the Motion to Sell except as to the Ontario and Westminister locations which contracts are being

27  rejected, as these amounts become due and payable and pursuant to the terms of the applicable

28  underlying contract as amended. See Appendix filed on August 16, 2011 [Document 133] and

1    Request for Judicial Notice filed concurrently herewith.

2        17.    Given the timing of this Motion and the varying billing cycles utilized by the

3    counterparties to the Leases, the Debtor did not currently know the exact Cure Amounts owed with

4    respect to some of the Leases as set forth in the Motion to Sell [Document 132].  While the

5    Landlords as set forth in the Appendix filed by the Debtor [Document 133] specifically identified

6    the cure amount, not all Landlords have done so.  Because DRLY Inc. cannot obtain better

7    specificity from the Debtor except for the information on Exhibit D to the Motion to Sell

8    [Document 132] which Cure Amounts are also set forth on Exhibit "A" to this Motion, it is

9    proposed that, unless a party to a particular Lease/Contract sought to be assumed and assigned

10   objects to the 'cure' amount and provides evidence of its contention as to the appropriate 'cure'

11   amount, that the amounts set forth in Exhibit "A" to this Motion be deemed to be the appropriate

12   'cure' amount to be paid.

13                  **THE REQUIREMENTS OF ASSUMPTION HAVE BEEN SATISFIED**

14       18.    The proposed assumption and assignment of the Leases satisfies the requirements of

15   Bankruptcy Code §365(b)(1), which provides as follows:

16           If there has been a default in an executory contract or unexpired lease of the
             debtor, the trustee may not assume such contract or lease unless, at the time of
17           assumption of such contract or lease, the trustee —

18           (A) cures, or provides adequate assurance that the trustee will promptly cure,
             such default ...;
19
             (b) compensates, or provides adequate assurance that the trustee will promptly
20           compensate, a party other than the debtor to such contract or lease, for any
             actual pecuniary loss to such party resulting from such default; and
21
             (c) provides adequate assurance of future performance under such contract or
22           lease."

23   11 U.S.C. §365(b)(1).

24       19.    The Debtor has scheduled what it believes are accurate cure amounts for the Leases

25   based on its books and records.  If a counterparty to any of the Leases raises an objection to the

26   cure amount, and such dispute cannot be consensually resolved prior to the hearing on this Motion,

27   the Movants seek to assume and assign such Lease(s) and assign it to the Buyer, DRLY Inc., as of

28   the date the relief sought in the Motion as approved by the Court; on condition that Buyer will

1    segregate the applicable disputed portion of such cure amount pending the resolution of such

2    dispute by the Court or by agreement of the parties, for payment to such counterparty.

3        20.    The only remaining issue is adequate assurance of future performance.  In

4    connection with the sale, the Debtor and Buyer put forward evidence regarding DRLY Inc.'s

5    solvency and financial strength as reflected by the financial statement of DRLY Inc. attached to

6    the Declaration of Yosef Dangor.  Movant respectfully submits that the same evidence provides

7    adequate of future performance with respect to the Leases which are set forth on Exhibit "A" to

8    this Motion.  By the time this Motion is heard, it is anticipated that not less than ten Landlords will

9    have stipulated to allow Buyer to assume the Leases, which demonstrates that the similarly situated

10    Landlords believe the Buyer has its ability to perform.

11        21.    As set forth in the Declaration of Yosef Dangor, DRLY Inc.'s affiliated companies,

12    Top Top and Primetime Clothing, currently operate 27 retail clothing stores.  Each of the stores at

13    the retail location acquired by Buyer will be operated under the name Susie's Deals, selling

14    clothing.  DRLY Inc. understands and agrees that it is subject to all provisions of any Lease

15    relating to use, mix, radius, tenant mix and similar provisions.

16        22.    It is DRLY Inc.'s understanding that there were no guarantors for the Debtor's

17    obligations under the proposed Assumed Leases.  [See Declaration of Yosef Dangor filed

18    concurrently herewith.]

19        23.    DRLY Inc. did not take on any secured debt in order to fund the purchase and sale

20    from any financial institution.  [See Declaration of Yosef Dangor filed concurrently herewith.]

21        24.    Although DRLY Inc. is a newly-formed entity, it is well capitalized and is solvent as

22    more fully reflected by the financial statement, Exhibit "B" to the Declaration of Yosef Dangor.

23    [See Declaration of Yosef Dangor filed concurrently herewith.]

24        25.    The financial condition and operating performance of the assignee must be similar to

25    the Debtor's financial condition as of the time the Debtor became the lessee under the leases.  The

26    financial statement of DRLY Inc. is much better than the financial statement of the Debtor.  The

27    Leases at issue have no guarantors.

28

26.    According to what was filed with the Bankruptcy Court, the simple fact of the matter is that the Debtor has not been profitable for several months, and in fact suffered substantial operating losses, resulting in its ultimate bankruptcy filing and in the sale of substantially all the assets. The Motion to Sell details the true financial situation of the Debtor. [Document 132]

27.    Another important point regarding adequate assurance is that DRLY Inc. is not incurring any debt to financial institutions other than the liabilities it is assuming under the Asset Purchase Agreement in acquiring the assets of Debtor. In contrast, the Debtor appears to have had significant debt obligations and it was anticipated that the Debtor would lose money on a going forward basis. In addition, DRLY Inc. has   substantial paid for inventory unlike the Debtor

## REJECTION OF CONTRACTS LISTED ON EXHIBIT B

28.    By this Motion, pursuant to §365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Debtor also seeks entry of an order by this Court authorizing the Debtor to reject the Contracts identified on Exhibit "B" to this Motion. A list of the Rejected Contracts, the counterparties, and the subject of each Rejected Contract are described on Exhibit "B" to this Motion.

29.    Under § 365(a) of the Bankruptcy Code, the Debtor has the right, subject to court approval, to assume or reject executory contracts or unexpired leases.

30.    A debtor's decision to assume or reject should be granted as a matter of course: "[C]ourt approval under Section 365(a), if required, except in extraordinary situations, should be granted as a matter of course. To begin, this rule places responsibility for administering the estate with the trustee, not the court, and therefore furthers the policy of judicial independence considered vital by the authors of the Code. Second, this rule expedites the administration of estates, another goal of the Bankruptcy Reform Act. Third, the rule encourages rehabilitation by permitting the replacement of marginal with profitable business arrangements ..." *Summit Land Co. v. Allen (In re Summit Land Co.)*, 13 B.R. 310, 315 (Bankr. D. Utah 1981*)*.

31.    The Debtor's business purpose at this stage in its Chapter 11 case is clear and simple: to liquidate any assets remaining following the close of the sale as efficiently and cost-effectively as possible in order to maximize the value of the recovery for its creditors. Following

1  the close of the sale, the Debtor no longer sells clothing.  Therefore, the Contracts listed or

2  described on Exhibit "B" to this Motion are not necessary for the Debtor in the ordinary course of

3  business or the administration of the Debtor's estates, and maintaining these Contracts would

4  impose unnecessary costs and burdens on the Debtor's estate.

5          32.    In each instance, the Debtor proposes that the rejection of the Executory Contracts

6  be effective as of October 12 2011.

7          33.    Courts defer to a debtor's business judgment in rejecting an executory contract or

8  unexpired lease, and upon finding that a debtor has exercised its sound business judgment, approve

9  the rejection under § 365(a) of the Bankruptcy Code.  See *Bildisco & Bildisco*, 465 U.S. at 523

10  (recognizing the "business judgment" standard used to approve rejection of executory contracts

11  and unexpired leases); *Nostas Assocs. V. Costich (In re Klein Sleep Products, Inc.)*, 78 F.3d 18, 25

12  (2d Cir. 1996) (recognizing the "business judgment" standard used to approve rejection of

13  executory contracts).  Under the business judgment standard, "[a] debtor's decision to reject an

14  executory contract must be summary affirmed unless it is the product of 'bad faith, or whim or

15  caprice'." *In re Trans World Airlines, Inc.*, 261 B.R. 103, 121 (Bankr. D. Del. 2001).

16                 **REQUESTS FOR IMMEDIATE RELIEF AND WAIVER OF STAY**

17          34.    The Debtor further seeks any stay of effectiveness of the order approving this

18  Motion.  Pursuant to Bankruptcy Rule 6004(h), "[a]n order authorizing the use, sale, or lease of

19  property other than cash collateral is stayed until the expiration of 14 days after entry of the order,

20  unless the court orders otherwise."  It is imperative that an order approving this motion be effective

21  immediately to fulfill the intent of the Asset Purchase Agreement.  Accordingly, Buyer submits

22  that ample cause exists to justify a waiver of the fourteen (14) day stay imposed by Bankruptcy

23  Rule 6004(h), to the extent it applies.

24                    **REQUEST PURSUANT TO BANKRUPTCY RULE 6006**

25          35.    The counterparties to the Debtor's Leases listed on Exhibit "A" will suffer no

26  prejudice due to the use of an omnibus motion.  Furthermore, the Counterparties to the Contracts

27  and Leases listed on Exhibit "B" to this Motion will suffer no prejudice due to the use of an

28  omnibus motion.  Exhibits "A" and "B" to this Motion clearly identify the names of the contract

1    counterparties, the projects to which the Leases and Contracts relate and the commitment

2    identification. Thus, the Debtor submits that it is appropriate to grant the relief requested.

3                                                    **NOTICE**

4            36.    Notice of this Motion has been given to (a) the Office of the United States Trustee

5    for the District of California, (b) counsel to the Committee, (c) those parties who have requested

6    notice pursuant to Bankruptcy Rule 2002, (d) the non-debtor parties to the Contracts and Leases to

7    the extent known, and (e) and as reflected on the Proof of Service. In light of the relief requested,

8    the Debtor respectfully submits that no further notice of this Motion is required.

9                                                **CONCLUSION**

10           WHEREFORE, Movants respectfully requests that this Court enter an Order (a) authorizing

11   the Buyer to assume the Leases identified on Exhibit "A", (b) rejecting the Leases and Contracts

12   on Exhibit "B", and (c) granting such other and further relief as this Court may deem proper.

13

14   DATE:        September 27, 2011                   SNIPPER, WAINER & MARKOFF

15

16                                                    BY: _____

17                                                        MAURICE WAINER
                                                          Attorneys for Buyer DRLY INC.

18   .../HYMAN/Omnibus Mtn for Order Author.First

19

20

21

22

23

24

25

26

27

28

In re

HYMAN FAMILY, L.P. dba Susie's Deals,

Debtor(s).

CASE NO.  6:11-bk-20827-WJ

CHAPTER 11

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  Snipper, Wainer & Markoff, 270 N. Canon Dr., Penthouse, Beverly Hills, CA  90210.

A true and correct copy of the foregoing document described as **NOTICE OF MOTION AND FIRST OMNIBUS MOTION OF DEBTOR AND DEBTOR-IN-POSSESSION AND BUYER DRLY INC. FOR AN ORDER (A) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND LEASES PURSUANT TO §365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6004 AND 6006 AND (B) AUTHORIZING REJECTION OF ALL OTHER CONTRACTS NOT ASSUMED** will be served or was served **(a)** on the judge in chambers in the form and manner required by the LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ["NEF"]** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On September 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒   Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On September 27, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
The Honorable Wayne Johnson
United States Bankruptcy Court
3420 Twelfth Street, Courtroom 302
Riverside, CA 92501-3819

☑   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September  27, 2011 | Philip J. Fernandez |  |
|---|---|---|
| Date | Type Name | Signature |

13

I.    <u>By Court VIA ECF</u>

- Andrew K Alper — aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
- Dustin P Branch — dustin.branch@kattenlaw.com
- Michael J Bujold — Michael.J.Bujold@usdoj.gov
- Brian L Davidoff — bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com; jreinglass@rutterhobbs.com
- Jerome Bennett Friedman — jfriedman@jbflawfirm.com, bbalonick@jbflawfirm.com; jmartinez@jbflawfirm.com
- Todd R Gabriel — tgabriel@sparberlaw.com
- David B Golubchik — dbg@lnbrb.com, angela@lnbyb.com
- Everett L Green — everett.l.green@usdoj.gov
- Steven T Gubner — sgubner@ebg-law.com, ecf@ebg-law.com
- Nancy Hotchkiss — nhotchkiss@trainorfairbrook.com
- Brian D Huben — brian.huben@kattenlaw.com, carole.levine@kattenlaw.com; donna.carolo@kattenlaw.com;laura.nefsky@kattenlaw.com
- William W Huckins — whuckins@allenmatkins.com, clynch@allenmatkins.com
- John C Keith — jkeith@pwkllp.com
- Ian Landsberg — ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;ssaad@landsberg-law.com
- Krikor J Meshefejian — kjm@lnbrb.com
- Douglas M Neistat — twilliams@greenbass.com
- Sean A Okeefe — sokeefe@okeefelc.com
- David M Poitras — dpoitras@jmbm.com
- Jennifer Pruski — jpruski@trainorfairbrook.com
- Neal Salisian — neal.salisian@salisianlee.com, richard.lee@salisianlee.com; christina.cordero@salisianlee.com
- Lisa Seabron — lseabron@weingarten.com
- Claire Shin — cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
- Ramesh Singh — claims@recoverycorp.com
- I Bruce Speiser — bspeiser@pircher.com
- United States Trustee (RS) — ustpregion16.rs.ecf@usdoj.gov

| In re | Chapter No.   11 |
|-------|------------------|
| HYMAN FAMILY L.P. | |
| Debtor. | Case No.  6:11-bk-20827-WJ |

**DEBTOR:**

HYMAN FAMILY L.P. dba SUSIE'S DEALS
620 S. Wanamaker Avenue
Ontario, CA 91761

## TWENTY LARGEST UNSECURED CREDITORS:

ONE STEP UP
1412 Broadway, 3rd Floor
New York, NY 10018

MARGIN MAKER INC.
c/o Orange Community Bank
1045 W. Katella Avenue #100
Orange, CA 92867

G & S OFF-PRICE
2120 E. 52nd Street
Vernon, CA 90058

ALMOST NOTHING INC.
1620 S. Los Angeles Street
Unit C
Los Angeles, CA 90015

PACIFIC APPAREL
42261 Zevo Drive
Temecula, CA 92590

ALLURA IMPORTS
112 W. 34th St. #1127
New York, NY 10120

L.A. GRAND FASHION
4801 Staunton Ave.
Los Angeles, CA 90058

TOPSON DOWNS
3840 Watseka Ave.
Culver City, CA 90232

AMERICAN DREAM
2320 E. Olympic Blvd.
Los Angeles, CA 90021

SKKY APPAREL
417 S. Holt Ave. Unit #212
Los Angeles, CA 90048

M&A IMPORTS
7050 New Horizons Blvd.
North Amityville, NY 11701

DICKIES MEDICAL
BOX 951256
Dallas, TX 75395

AMBIANCE APPAREL
738 E. 12th Street
Los Angeles, CA 90021

BJS CATHEDRAL CITY LLC
PO Box 511629
Los Angeles, CA 90051-8184

J.W. MITCHELL COMPANY, LLC
2 Corporate Park, Suite 108
Irvine, CA 92606-5103

ULTIMATE OFF PRICE
1615 E. 15th  Street
Los Angeles, CA 90021

TUFF COOKIES
c/o A.J. Facts
PO Box 429 Midtown Station
New York, NY 10018

PPC STOCKTON PLAZA LC
c/o SMI Commercial Mgmt, Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825

MERVYN'S PLAZA
M.A.P. International Mgmt Inc.
1136 W. Baseline Road
Mesa, AZ 85210

John Cataldo
835 Mission St.
S. Pasadena, CA 91030

## SPECIAL NOTICE LIST:

*Creditor NMC Anaheim, LLC*
Ian S. Landsberg
16030 Ventura Blvd., Suite 340
Encino, CA 91436

*Creditor ABA Investments, LLC*
Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825

*Creditor*
Harlan M. Lazarus
LAZARUS & LAZARUS, P.C.
240 Madison Avenue, 8th Floor
New York, NY 10016

*Creditor Lakewood Associates, LLC*
Jerome Friedman
FRIEDMAN LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067

*Creditor TRC MM, LLC*
Todd R. Gabriel, Esq.
SPARBER ANNEN MORRI & GABRIEL, APLC
701 "B" Street, Suite 1400
San Diego, CA 92101-8164

*Creditor Dayco Funding Corporation*
Andrew K. Alper
Frandzel Robins Bloom & Csato, LC
6500 Wilshire Blvd., 17'h Floor
Los Angeles, CA 90048

*Creditors Watt Companies; Foursquare Properties, Inc.*
Brian Huben
Dustin Branch
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

*Creditor Weingarten Realty Investors*
Lisa Seabron
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008

*Creditor Preferred Fragrance*
Marnin Weinreb
BLADY WEINREB LAW GROUP LLP
6310 San Vicente Blvd., Suite 400
Los Angeles, CA 90048

*Creditors Winery Square Station, L.P.; 1630 High
Street, LLC*
Jennifer L. Pruski
980 Fulton Avenue
Sacramento, CA 95825

## ATTORNEY FOR DEBTOR:

David B. Golubchik | Krikor J. Meshefejian
LEVENE NEALE BENDER RANKIN & BRILL LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

## ATTORNEY FOR TRUSTEE:

Everett L. Green
OFFICE OF THE US TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501

Michael J. Bujold
US DEPARTMENT OF JUSTICE

3685 Main Street, Suite 300
Riverside, CA 92501

**ATTORNEY FOR CREDITORS
COMMITTEE:**

Steven T. Gubner
EZRA BRUTZKUS & GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

## LANDLORD SERVICE LIST

### (EXHIBIT "A" TO MOTION):

CT Corporation System
Agent for Service of Process for
PACIFIC CASTLE RANCHO CORDOVA LLC
818 West 7th Street
Los Angeles, CA 90017

PACIFIC CASTLE RANCHO CORDOVA LLC
2601 Main Street, Suite 900
Irvine, CA 92614

JAYDEN RE, INC.
12200 W. Olympic Blvd., Suite 145
Los Angeles, CA 90064

PK II LARWIN SQUARE SC LP
c/o Kimco Realty Corporation
333 Hyde Park Road, Suite 100
New Hyde Park, NY 11042

Sanford D. Sigal
Agent for Service of Process
NMC SANTA ANA LLC
18801 Ventura Blvd., Suite 300
Tarzana, CA 91356

NMC SANTA ANA LLC
c/o Newmark Merrill
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367

Mavry Abrams, Agent for Service of Process
TONOPAH-CRAIG ROAD COMPANY
16661 Ventura Blvd., Suite 823
Encino, CA 91436

CENTRO PROPERTY OWNER II LLC
Puente Hills Town Center, Dept. 9190
Los Angeles, CA 90084

Dennis Duskin & & Assoc., Inc.
Agent for Service of Process for
JAYDEN RE, INC.
1180 E. Patricia Street, Suite 200
Simi Valley, CA 93065

James Kato
Agent for Service of Process
KATO & ASSOCIATES LLC
18182 Bushard Street
Fountain Valley, CA 92708

CT Corporation System
Agent for Service of Process for
PK II LARWIN SQUARE SC LP
818 West 7th Street
Los Angeles, CA 90017

Michael H. Mugel
Agent for Service of Process
1630 HIGH STREET, LLC
1234 E. 17th Street
Santa Ana, CA 92701

Westwood Financial Corp. – Agent for Service of
Process for WATT NORTH HIGHLANDS L.P.
11440 San Vicente Blvd., Suite 200
Los Angeles, CA 90049

TONOPAH-CRAIG ROAD COMPANY
c/o Mavry Abrams LLC
26135 Mureau Road, Suite 200
Calabasas, CA 91302

Sharon Liu
Agent for Service of Process for
GRANDTOWER USA
2440 N. Cameron Avenue
Covina, CA 91724

Matthew J. Webb
Agent for Service of Process
ABA INVESTMENTS, LLC
409 13th Street, 17th Floor
Oakland, CA 94612

CSC – Lawyers Incorporating Services
Agent for Service of Process for
ALHAMBRA VALLEY PROPERTIES, LLC
10 Universal City Plaza
Universal City, CA 91608

Eric Sahn
Agent for Service of Process for
LAKEWOOD ASSOCIATES, LLC
60 S. Market Street
San Jose, CA 95113

LAKEWOOD ASSOCIATES, LLC
c/o DJM Capital Partners
7777 Edinger Avenue, Suite 133
Huntington Beach, CA 92647

Corporation Service Company dba CSC Lawyers
Incorporating Service – Agent for Service of Process
BJS CAT-CITY, LLC
10 Universal City Plaza
Universal City, CA 91608

Kim Alan Benjamin
Agent for Service of Process for
700 E. REDLANDS, LLC
2447 Pacific Coast Highway, Suite 201
Hermosa Beach, CA 90254

Marvin Holtz
Agent for Service of Process
KEARNEY PALMS LLC
14581 Deervale Place
Sherman Oaks, CA 91403

RANCHO CALIFORNIA LIMITED PARTNERSHIP
LNR PARTNERS CALIFORNIA MANAGER, LLC
1601 Washington Avenue, Suite 700
Miami Beach, FL 33139
Attn:  Steven D. Ferreira

ABA INVESTMENTS, LLC
c/o Potter-Taylor & Co.
1792 Tribute Road, Suite 270
Sacramento, CA 95815

ALHAMBRA VALLEY PROPERTIES
c/o Chase Centers
11812 San Vicente Blvd., Suite 500
Los Angeles, CA 90049

Mike Israelsky
Agent for Service of Process
MAGNOLIA PLACE SHOPPING CENTER, LLC
c/o Summit Team
17165 New Hope Street, Suite H
Fountain Valley, CA 92708

BJS CAT-CITY, LLC
C/O Westrust
26901 Agoura Road, Suite 250
Calabasas Hills, CA 91301-5103

BJS CAT-CITY, LLC
8115 Preston Road, Suite 400
Dallas, TX 75225

700 E. REDLANDS, LLC
Redlands Associates, Ltd.
2925 Bristol Street
Costa Mesa, CA 92626-5991

KEARNEY PALMS LLC
204 W. Ridgepoint Drive
Fresno, CA 93711

Michael Brown
Agent for Service of Process for
PPC STOCKTON PLAZA LP
4153 Greenview Drive
El Dorado Hills, CA 95762

MARYLAND PARK PLACE LLC
c/o J.L. Management Company
629 Camino De Los Mares, Suite 206
Attn: Robert Grimmick

Francine Abrams
Agent for Service of Process
TROPICANA NELLIS SHOPPING CENTER
26135 Mureau Road, Suite 200
Calabasas, CA 91302

Michael D. Abrams
Agent for Service of Process
LAKE ELSINORE MARKETPLACE
265 Santa Helena, Suite 125
Solana Beach, CA 92075

LAKHA PROPERTIES – SAN DIEGO LLC
c/o Premier Centers Management
500 108th Avenue NE #2050
Bellevue, WA 98004
Attn: Robert Odegard, Manager

CENTRO PROPERTY OWNERS I LLC
c/o Centro Properties Group
420 Lexington Avenue, 7th Floor
New York, NY 10170

Corporation Service Company dba CSC Lawyers
Incorporating Service – Agent for Service of Process
CENTRO PROPERTY OWNERS I LLC
10 Universal City Plaza
Universal City, CA 91608

RESEDA PLAZA / MOOSE HOLDINGS INC.
c/o Reseda Plaza
15821 Ventura Blvd., Suite 275
Encino, CA 91436
Attn: Frank Wurtzel

Robert Isackson
Agent for Service of Process
MING PLAZA ASSOCIATES, L.P.
121 Spear Street, Suite 250
San Francisco, CA 94105

PPC STOCKTON PLAZA LP
c/o SMI Commercial Mgmt, Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825

PKI COUNTRY FAIR SC LP
c/o KIMCO Realty Corporation
23 Mauchly, Suite 100
Irvine, CA 90266

Bryan P. Buckley, Registered Agent
NELLIS CROSSING, LP
Buckeye Investments Mgmt. Co.
4560 S. Decatur Blvd., Suite 202
Las Vegas, NV 89103

LAKE ELSINORE MARKETPLACE
c/o Charming Shoppes, Inc. -- Corporate Village
14362 N. Frank Lloyd Wright Blvd.
Suite 1000
Scottsdale, AZ 85260

Andrew L. Simons, Registered Agent
LAKHA PROPERTIES – SAN DIEGO LLC
777 108th NE, Suite 1900
Bellevue, WA 98009

H. Sean Dayani
Agent for Service of Process
LUXOR PROPERTIES, INC.
4751 Wilshire Blvd., Suite 203
Los Angeles, CA 90010

John F. Weitkamp
Agent for Service of Process
RESEDA PLAZA LLC
10724 White Oak Avenue
Granada Hills, CA 91344

4001 S. Decatur Blvd. Holdings, LLC
c/o CW Capital Asset Management LLC 7501
Wisconsin Avenue, Suite 500 West
Bethesda, MD 20814
Attn: Michael McGregor

MING PLAZA
c/o Meridian Pacific, Ltd.
1801 Tiburon Blvd., Suite 800
Tiburon, CA 94920
Attn: Patricia A. Utley

Jack Nourafshan
Agent for Service of Process
WINTERBERRY PROPERTIES LP
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048

LAKE MEAD DECATUR LLLP
c/o Maury Abrams Company
26135 Mureau Road, Suite 200
Calabasas, CA 91302


Joseph W. Rich
Agent for Service of Process
RICH ALVARADO, LLC
1000 N. Western Ave., Suite 200
San Pedro, CA 90732

TURNPIKE CENTER LLC
c/o Wells Properties
3905 State Street, #7263
Santa Barbara, CA 93105

MAGNA HENRY LLC
c/o Dana Senit Henry
4831 Las Virgenes Road, Suite 145
Calabasas, CA 91302

John Safi
Agent for Service of Process
CENTENNIAL CAPITAL, L.P.
1850 S. Sepulveda Blvd., Suite 200
Los Angeles, CA 90025

SUGARBUSH PROPERTIES – 1 LLC
c/o Reliable Properties
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048
Attn:  Ellie Ahn

John C. Willsie
Agent for Service of Process
SEENO ENTERPRISE, LLC
4021 Port Chicago Hwy.
Concord, CA 94520


VICTOR VALLEY PLAZA CO. LLC
28632 Roadside Drive, Suite 285
Agoura Hills, CA 91301
Attn:  Robert Shaver

LEONARD & LAVONNE STAFFORD REVOCABLE
TRUST
33 Bretano Way
Greenbrae, CA 94904
Attn:  Leonard Stafford

Francine Abrams
Agent for Service of Process for
LAKE MEAD DECATUR LLLP
26135 Mureau Road, Suite 200
Calabasas, CA 91302

AIRPORT CENTER LLC
7689 Jordan Landing Blvd.
West Jordan, UT 84084


AIRPORT CENTER LLC
c/o Foursquare Properties, Inc.
7533 S. Center View Court, #200
West Jordan, UT 84084

MAGNA KHOURY LLC
c/o Dana Senit Henry
4831 Las Virgenes Road, Suite 145
Calabasas, CA 91302

CENTENNIAL CAPITAL, L.P.
c/o Safeco Capital Corp.
1850 S. Sepulveda Blvd.
Los Angeles, CA 90025
Attn:  John Safi

Jack Nourafshan
Agent for Service of Process
SUGARBUSH PROPERTIES – 1 LLC
6399 Wilshire Blvd., Suite 604
Los Angeles, CA 90048

SEENO ENTERPRISE, LLC
c/o Sierra Pacific Properties
1800 Willow Pass Court
Concord, CA 94520
Attn:  Bob Garrison

Bruce Smiley
Agent for Service of Process
VICTOR VALLEY PLAZA CO. LLC
3415 Sepulveda Blvd., Penthouse
Los Angeles, CA 90034

CT Corporation Systems
Agent for Service of Process for
TRC MM, LLC  (formerly known as GMS Five, LLC)
818 West 7th Street
Los Angeles, CA 90017

TRC MM, LLC (formerly known as GMS Five, LLC)
c/o Terramar Retail Centers, LLC
5973 Avenida Encinas, Suite 300
Carlsbad, CA 92008

WINERY SQUARE STATON LP
c/o Phillips Edison & Company
11501 Northlake Drive
Cincinnati, OH 45249

CT Corporation System
Agent for Service of Process for
WINERY SQUARE STATON LP
818 West 7th Street
Los Angeles, CA 90017

Lewis Operating Corp. – Agent for Service of Process
for LHE HERITAGE VILLAGE LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Meghan Kruger

JOHN CATALDO / NANCY RAVARO
6039 N. Figueroa Street
Los Angeles, CA 90042

CT Corporation Systems
Agent for Service of Process for
PK I GRANARY SQUARE LP
818 West 7th Street
Los Angeles, CA 90017

PK I GRANARY SQUARE LP
c/o Kimco Realty Corporation
3333 New Hyde Park Road, Suite 100
New Hyde Park, NY 11042-0020
Attn:  Kim Wheeler

CT Corporation System
Agent for Service of Process for
EASTLAND SHOPPING CENTER LLC
818 West 7th Street
Los Angeles, CA 90017

EASTLAND SHOPPING CENTER LLC
c/o Westfield, LLC
11601 Wilshire Blvd., 11th Floor
Los Angeles, CA 90025

APPLE VALLEY COMMONS I, LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Meghan Kruger

Lewis Operating Corp. – Agent for Service of Process
for APPLE VALLEY COMMONS I, LLC
1156 N. Mountain Avenue
Upland, CA 91786
Attn:  Randall W. Lewis

## LANDLORD SERVICE LIST

## (EXHIBIT "B" TO MOTION):

Timothy S. Mitchell
Agent for Service of Process
J.W. MITCHELL COMPANY, LLC
2 Corporate Park, Suite 108
Irvine, CA 92606-5103

Capitol Corporate Services, Inc.
Agent for Service of Process
WRI WEST GATE SOUTH, LP
Attn: Erin Upchurch
455 Capitol Mall, Suite 217
Sacramento, CA 95814

WRI WEST GATE SOUTH, LP
2600 Citadel Plaza Drive, Suite 300
Houston, TX 77008

Daryl Rosenberg
Agent for Service of Process
17/21 GROUP LLC
4719 S. Boyle Ave.
Vernon, CA 90058

David Laniado
Agent for Service of Process
88 COLLECTIONS, INC.
4622 Longridge Avenue
Sherman Oaks, CA 91423

ACCESSORIES WEST IMPORTS
15500 Erwin Street, Suite 1109
Van Nuys, CA 91411

Keith D. Diamon
Agent for Service of Process
ACTIVE USA, INC.
12087 Landon Drive
Mira Loma, CA 91752

Christa D. Perez
Agent for Service of Process
B&Y FASHION INC.
19800 MacArthur Blvd., Suite 1100
Irvine, CA 92612

BINGO
1729 Los Angeles St.
Unit #B
Los Angeles, CA 90015

CT Corporation System
Agent for Service of Process
BINGO
818 West 7th Street
Los Angeles, CA 90017

Jerry Rose, President
CA OFFPRICE INC.
6431 Bandini Blvd.
City of Commerce, CA 90040-3117

D.M.F. INC.
11007 E. Victoria Street
Chandler, AZ 85248

Moshe Zaga
Agent for Service of Process
DAVID'S PLACE
1155 S. Boyle Ave.
Los Angeles, CA 90023

88 COLLECTIONS, INC.
13545 Sherman Way
Van Nuys, CA 91405

ACTIVE USA, INC.
1807 E. 48th Place
Los Angeles, CA 90058

Eshagh Kermani
Agent for Service of Process for
ALMOST NOTHING INC.
1620 S. Los Angeles Street
Unit C
Los Angeles, CA 90015

B&Y FASHION INC.
807 E. 12th Street #111
Los Angeles, CA 90021

BLUE GALAXY, INC. and
PACESETTER FABRICS, LLC
Brian L. Davidoff
1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067

Mercy Rubin
Agent for Service of Process
BLUE GALAXY, INC.
4060 Camino de la Cumbre
Sherman Oaks, CA 91423

D.M.F. INC.
3520 Greensboro Avenue
Tuscaloosa, AL 35401

D.M.F. INC.
1635 SW 154th Ct
Miami, FL 33185

DSS
P.O. Box 93035
City Of Industry, CA 91715

Danny Zelig
Agent for Service of Process
DSS
923 Market Street
San Francisco, CA 94103

Naftalie Amiel
Agent for Service of Process
EYE DESIGN INC.
6542 W. Olympic Blvd.
Los Angeles, CA 90048

Zulfiqar Kabani
Agent for Service of Process
GREAT AMERICAN PROGRESSIVE CORP.
800 S. Figueroa St., Suite 900
Los Angeles, CA 90017

HOT CHOCOLATE INC.
P.O. Box 111702
Los Angeles, CA 90011

STEPHEN MICHAEL HYMAN
8175 Arville Street #99
Las Vegas, NV 89139

SUSAN HYMAN
2724 Clear Creek Lane
Diamond Bar, CA 91765

IMPULSE
1120 E. Pico Blvd.
Los Angeles, CA 90021

James Chen
Agent for Service of Process
IVY WEAR INC.
807 E. 12th Street #136
Los Angeles, CA 90021

Annabelle Wall
Agent for Service of Process
KAYO OF CALIFORNIA
161 W. 39th Street
Los Angeles, CA 90037

McQUEEN'S WHOLESALE, INC.
655 S. Anderson Street
Los Angeles, CA 90023

A.J. Payne
Agent for Service of Process
PACIFIC APPAREL
1433 Griffith Avenue
Los Angeles, CA 90021

Behzad Moshe Javidzad
Agent for Service of Process
EMUNA, LLC
2369 E. 51st St.
Vernon, CA 90058

FASHION FREAK
229 S. Palm Drive
Beverly Hills, CA 90212

Nader Dalili
Agent for Service of Process
HOT CHOCOLATE INC.
1137 E. 32nd Street
Los Agneles, CA 90011

DAVID J. HYMAN
2724 Clear Creek Lane
Diamond Bar, CA 91765

STEPHEN MICHAEL HYMAN
22442 Boating Way
Canyon Lake, CA 92587

SUSAN HYMAN
22442 Boating Way
Canyon Lake, CA 92587

Nadia Lalezar
Agent for Service of Process
INDIGO SPORTSWEAR INC.
800 East 29th Street
Los Angeles, CA 90011
J.T. INTIMATES, INC.
3028 East 11th Street
Los Angeles, CA 90023

Legalzoon.com, Inc.
Agent for Service of Process
McQUEEN'S WHOLESALE, INC.
100 W. Broadway, Suite 100
Glendale, CA 91210

PACESETTER
5500 Union Pacific Ave.
Commerce, CA 90022

Bijan Javidzad
Agent for Service of Process
PUZZLES
1651 Mateo Street
Los Angeles, CA 90021

PACIFIC APPAREL
4628 Mission Blvd.
San Diego, CA 92109

Sang Lee
Agent for Service of Process for
PACIFIC APPAREL
15000 S. Figueroa Street
Gardena, CA 90248

Armen Karapetyan
Agent for Service of Process
ROMAN FASHION INC.
1054 Western Ave. #102
Glendale, CA 91201

Stephen M. Hyman
Agent for Service of Process
SDS HOLDINGS, INC.
620 S. Wanamaker Avenue
Ontario, CA 91761

S.O.B.
1504 S. Main Street
Los Angeles, CA 90015

SDS HOLDINGS, INC.
22442 Boating Way
Canyon Lake, CA 92587

SUTTON INDUSTRIES
1000 New Country Road
Secaucus, NJ 07094

Wendell J. Vice
Agent for Service of Process
SUTTON INDUSTRIES
1300 Specialty Drive
Vista, CA 92083

T H SUNGLASS CORP.
1775 Curtiss Court
La Verne, CA 91750

George T. Wang
Agent for Service of Process
T H SUNGLASS CORP.
20907 Gartel Drive
Walnut, CA 91789

UNIVERSAL FASHION OUTLET
1500 S. Main St. Unit B
Los Angeles, CA 90015

Gideon Lotosky
Agent for Service of Process
WEST COAST JOBBERS INC.
1508 S. Main Street
Los Angeles, CA 90015

## ADDITIONAL SERVICE LIST:

4001 S. Decatur Blvd. Holdings, LLC
Gatski Commercial
4755 Dean Martin Drive
Las Vegas, NV 89103
Attn: Jeremy S. Foley

700 E. Redlands, LLC
MORLIN ASSET MANAGEMENT, LP
444 S. Flower Street, Suite 500
Los Angeles, CA 90071
Attn: Lewis Uyeke

Dat Hong Truong
Agent for Service of Process for
Centro Properties Corp.
1370 E. Santa Clara Street, Suite A
San Jose, CA 95116

BJS CAT-City LLC
The Legaspi Company
Marketing/Realty Services
1611 Paramount Blvd.
Montebello, CA 90640
Attn: Jose de Jesus Legaspi

CALIFORNIA PROPERTY OWNER I, LLC
Centro Properties Group
3636 Novel Drive, Suite 300
San Diego, CA 92122
Attn: Brian Baker

CENTRO PROPERTIES GROUP
3636 Nobel Drive
Suite 300
San Diego, CA 92122
Attn: Tracy Jordan

FM Enterprises
Real Estate Investment Firm
15445 Ventura Blvd., Suite 31
Sherman Oaks, CA 91403
Attn: Frank Mushmel

LAKEWOOD ASSOCIATES, LLC
c/o DJM Capital Partners
333 W. Santa Clara Street, Suite 610
San Jose, CA 95113
Attn: Eric Sahn

PC-STOCKTON PLAZA
c/o SMI Commercial Mgmt. Inc.
1820 Professional Drive, Suite 1
Sacramento, CA 95825
Attn: Michael Brown

SUSIE'S FAMILY FASHIONS
620 S. Wanamaker
Ontario, CA 91761
Attn: Roxanne Galarza

Mike Israelsky
Agent for Service of Process
SUMMIT TEAM / CHEN CALIFORNIA
17165 New Hope Street, Suite H
Fountain Valley, CA 92708

TROPICANA NELLIS SHOPPING CENTER
c/o Maury Abrams Co.
26135 Mureau Road, Suite 200
Calabasas, CA 91302
Attn: Judd Abrams

Rick V. Wells
Agent for Service of Process
WELLS PROPERTIES
4157 Lago Drive
Santa Barbara, CA 93110

CITIBANK, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

PACIFIC CASTLE RANCHO CORDOVA, LLC
Nancy Hotchkiss
980 Fulton Avenue
Sacramento, CA 95825

NEWMARK MERRILL COMPANIES
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367
Attn: Darren Bovard

MARYLAND PARK PLACE LLC
c/o J.L. Management Company
629 Camino De Los Mares, Suite 206
Attn: Robert Grimmick

NMC SANTA ANA LLC
c/o Newmark Merrill
5850 Canoga Avenue, Suite 650
Woodland Hills, CA 91367
Attn: Darren Bovard

RANCHO SIERRA CENTER
c/o Maury Abrams Company
26135 Mureau Road, Suite 200
Calabasas, CA 91302
Attn: Judd Abrams

TERRAMAR RETAIL CENTERS
TRC MM LLC
13502 Whittier Blvd., Suite Q
Whittier, CA 90605
Attn: Heather Metoyer

BLUE GALAXY
2369 E. 51st Street
Vernon, CA 90058

WELLS PROPERTIES
3905 State Street, Suite 7263
Santa Barbara, CA 93105
Attn: Rick Wells

Douglas M. Neistat
GREENBERG & BASS LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436

SALISIAN LEE LLP
444 South Flower Street
Suite 1840
Los Angeles, CA 90071-2925

WRI GOLDEN STATE, LLC
c/o Jenny J. Hyun
Weingarten Realty Investors
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008-1351

WEINGARTEN REALTY INVESTORS
c/o Jenny J. Hyun
2600 Citadel Plaza Drive, Suite 125
Houston, TX 77008-1351

Edward L. Felman, Esq.
FELMAN & EL DABE
13743 Ventura Bl. Ste. 350
Sherman Oaks, CA 91423

Dana Senit Henry
4831 Las Virgenes Rd, #146
Calabasas, CA 91302

Timothy Krantz, Esq.
LAW OFFICE OF TIMOTHY KRANTZ
2082 Michelson Drive #212
Irvine, CA 92612

Alan Kaitz
840 W. 9th Street, Ste. J
Upland CA 91786-0000

Don Vrono
1480 Silver Bit Circle
San Dimas CA 91773-0000

GLENDALE MERCADO
C/O Arizona Commercial Management, LLC
2122 E. Highland, Suite 450
Phoenix, AZ. 85016

DESERT SKY ESPLANADE, LLC
c/o Red Mountain West Properties, Inc.
4869 N. 20th St, Suite B-30
Phoenix, AZ. 85016

PORTERVILLE INVESTMENTS 2005, LLC
c/o Westrust
26901 Agoura Road, Suite 250
Calabasas Hills, CA 91301-5103

JOHN F. LONG PROPERTIES, INC.
5035 W Camelback Road
Phoenix, AZ 85063-4029

WATT COMPANIES
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

WESTFIELD, LLC
WATT COMPANIES
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067

Jeffrey S. Adelman, Esq.
ADELMAN LAW ADVISORS
15303 Ventura Blvd., Ste. 1400
Sherman Oaks, CA 91403-6610

Robert Mulder
124 E Olympic Suite 308
Los Angeles, CA 90015

Ashkan Ashour, Esq.
Danialpour & Associates
1575 Westwood Blvd. Suite 200
Los Angeles, Ca 90024

Cushman & Wakefield
Attn: Curtis Olson
170 S. Main St., Suite 1600
Salt Lake City, UT 84101

Dwight Johnson
19784 Nautical Court
Sun City CA 92587-0000

C&C PLAZA LLC
c/o Red Mountain
2727 N. Bristol Sl.
Santa Ana, CA 92707

SANTA MARIA 101 SIX, LLC
c/o Westar Management, Inc.
2925 Bristol Street
Costa Mesa, CA 92626-5991

26 PALMS DELAWARE LLC & SIERRA
c/o CBRE Tucson Management Svc
4750 N. Oracle Road, Suite 210
Tucson, AZ 85705

MCS EDGEWOOD CENTER LLC
990 Highland Drive, Ste 200
Solana Beach, CA 92075

ORANGEFAIR MARKETPLACE, LLC
433 N. Camden Drive, Suite 725
Beverly Hills, CA 90210

Timothy Allen Owens
Agent for Service of Process
OWENS APPAREL GROUP, INC.
3171 Seabury Street
Carlsbad, CA 92010

HINDS INVESTMENTS
9720 Wilshire Blvd., Suite 204
Beverly Hills, CA 90212

HARBOR GROVE PARTNERS, LLC
17461 Derian Avenue, Suite 108
Irvine, CA 92614

INTERNAL REVENUE SERVICE
Insolvency Unit
P.O. Box 1431
Los Angeles, CA 90053

Moses H. Hoenig | D. Bernard Hoenig
Agents for Service of Process for
ALLURA IMPORTS
51 Chambers Street
New York, NY 10007

CT CORPORATION SYSTEM
Agent for Service of Process for
BJS CATHEDRAL CITY LLC
818 West 7th Street, Suite 200
Los Angeles, CA 90017

BJS CATHEDRAL CITY LLC
1801 Century Park East, 9th Floor
Los Angeles, CA 90067

David Hamedani Cohen
Agent for Service of Process for
SKKY APPAREL
600 E. Washington Blvd., #E6
Los Angeles, CA 90015

Robert L. Handler
Agent for Service of Process for
TOPSON DOWNS
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Barry Hymes
Agent for Service of Process for
MARGIN MAKER INC.
717 W. Katella Ave., Suite 109
Orange, CA 92867

Morovati, Inc.
Agent for Service of Process for
G & S OFF-PRICE
9171 Wilshire Blvd., Suite 600
Beverly Hills, CA 90210

Hersel Nassib
Agent for Service of Process for
L.A. GRAND FASHION
140 S. Crescent Drive, Suite A
Beverly Hills, CA 90212

Daniel E. O'Connell
Agent for Service of Process for
ONE STEP UP
3610 W. Magnolia Blvd.
Burbank, CA 91505