Thomas J. Leanse, Cal. Bar No. 084638
Brian D. Huben, Cal. Bar No. 134354
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 (telephone)
310.788.4471 (facsimile)

Attorneys for Landlord Creditors
Foursquare Properties, Inc.,
and Westfield, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (RIVERSIDE DIVISION)

| | |
|---|---|
| In re: | Chapter 11 |
| HYMAN FAMILY, L.P. dba SUSIE'S DEALS | Case No. 11-20827-WJ |
| Debtor. | **JOINDER AND RESPONSE TO MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF NONRESIDENTIAL REAL PROPERTY LEASES** |
| | **DATE:** October 18, 2011<br>**TIME:** 1:00 p.m.<br>**PLACE:** Courtroom 302 |

Foursquare Properties, Inc. and Westfield, LLC, as the landlord and/or agent for landlord (collectively, the "Landlords") under two of the Debtor's nonresidential real property leases (the "Leases") submit this joinder and limited objection to the motion of the Debtor and buyer DRLY Inc. for an order authorizing assumption and assignment of the Leases (*see* Docket No. 195; the "Motion").

In support of this joinder and limited objection, the Landlords respectfully represent as follows:

1. The Debtor filed its voluntary petition on April 1, 2011.

2. The Debtor proposes to assume and assign the Leases to DRLY Inc.

31597185

3. The Landlords do not necessarily object to the proposed assumption and assignment of the Leases, but seek to clarify certain issues raised by the Motion.

4. Landlords hereby join in the Limited Objection of landlord Ming Plaza L.P. (*see* Docket No. 205).

5. The Landlords also object to the cure amounts set forth in Exhibit A to the Motion, which fail to include:

    a. unpaid October 2011 rent and charges for Westfield Eastland (Store #106) of $5,741.19;

    b. unpaid August 2011 rent and charges of $6,124.35 and unpaid October 2011 rent and charges of $6,124.35 for West Jordan Landing (Store #79).

6. Pending the hearing on the Motion, counsel for the Landlords will continue to work with counsel for the Debtor and DRLY Inc. to resolve the issues raised by this limited objection.

Dated: October 4, 2011                      KATTEN MUCHIN ROSENMAN LLP
                                                     Thomas J. Leanse
                                                     Brian D. Huben

                                                 By: */s/ Brian D. Huben*
                                                          Brian D. Huben
                                                          Attorneys for Landlord Creditors
                                                          Foursquare Properties, Inc. and
                                                          Westfield, LLC

| In re:<br>HYMAN FAMILY, L.P.  dba SUSIE'S DEALS         Debtor(s) | Case No. 11-20827-WJ<br><br>Chapter 11 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2029 Century Park East, Suite 2600, Los Angeles, CA  90067

A true and correct copy of the foregoing document described as **JOINDER AND RESPONSE TO MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF NONRESIDENTIAL REAL PROPERTY LEASES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Andrew K Alper aalper@frandzel.com, efiling@frandzel.com;ekidder@frandzel.com
Dustin P Branch dustin.branch@kattenlaw.com
Brian L Davidoff bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com
Jerome Bennett Friedman jfriedman@jbflawfirm.com, cdonoyan@jbflawfirm.com;jmartinez@jbflawfirm.com
Todd R Gabriel tgabriel@sparberlaw.com
Everett L Green everett.l.green@usdoj.gov
Steven T Gubner sgubner@ebg-law.com, ecf@ebg-law.com
Nancy Hotchkiss nhotchkiss@trainorfairbrook.com
William W Huckins whuckins@allenmatkins.com, clynch@allenmatkins.com
Ian Landsberg ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;rbenitez@landsberg-law.com
Douglas M Neistat twilliams@greenbass.com
Neal Salisian neal.salisian@salisianlee.com
Lisa Seabron lseabron@weingarten.com
Claire Shin cshin@rutterhobbs.com, jreinglass@rutterhobbs.com
Ramesh Singh claims@recoverycorp.com
United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov     ☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On October 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 4, 2011**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

    Honorable Wayne Johnson
    U.S. Bankruptcy Court - 3420 Twelfth Street, Courtroom 302
    Riverside, CA 92501-3819

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 4, 2011 | Donna Carolo | */s/ Donna Carolo* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                   **F 9013-3.1.PROOF.SERVICE**